

JUDGE BATTS

07 CV 3545

Robert C. Faber (RF 7020)
Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

Attorneys for Plaintiff InterSearch Group, Inc.



MAY 03 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERSEARCH GROUP, INC. | Civil Action No.: |
| Plaintiff, | |
| v. | |
| INTERSEARCH WORLDWIDE LIMITED, | |
| Defendant. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff InterSearch Group, Inc. certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

DATED: May 3, 2007
       New York, New York

OSTROLENK, FABER, GERB & SOFFEN, LLP

By: _____
       Robert C. Faber (RF 7020)
       Peter S. Sloane (PS 7204)

1180 Avenue of the Americas
New York, New York 10036
(212) 382-0700

Attorneys for Plaintiff InterSearch Group, Inc.

{00837930.1}