# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

INTERSEARCH GROUP, INC.

      Plaintiff,

V.

INTERSEARCH WORLDWIDE LIMITED,

      Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 3545

JUDGE BATTS

TO: (Name and address of defendant)

INTERSEARCH WORLDWIDE LIMITED
The Old Council Chambers
Halford Street,
Tamworth, United Kingdom B79 7RB

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert C. Faber
Peter S. Sloane

Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

DATE: MAY 0 3 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/28/07 |
| NAME OF SERVER (PRINT) Charlene Wilhelmsen | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAGUE CONVENTION SERVICE BY FEDEX COURIER ON AUGUST 28, 2007, SIGNED FOR BY M. SMITH AT DEFENDANT'S CORPORATE OFFICE IN TAMWORTH, ENGLAND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/6/07
          Date

Signature of Server: *Charlene Wilhelmsen*

Address of Server: 1180 Avenue of the Americas, New York, NY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.