Brian McQuillen (BM 9220)
Vanessa C. Hew (VH 4617)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendant
Intersearch Worldwide, Ltd.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| INTERSEARCH GROUP, INC. | : | |
| Plaintiff, | : | Civil Action No. 07 Civ. 03545 (DAB) (KNF) |
| -against- | : | **NOTICE OF LIMITED APPEARANCE** |
| INTERSEARCH WORLDWIDE, LTD. | : | |
| Defendant. | : | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that the law firm of Duane Morris LLP is appearing on behalf of Defendant Intersearch Worldwide, Ltd. for the limited purpose of addressing the issues of whether the Court has personal jurisdiction over the Defendant in the above-captioned action and/or whether venue is appropriate in this Court.

DATED: New York, New York
September 17, 2007

DUANE MORRIS LLP

By: _____
Brian McQuillen (BM 9220)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Intersearch Worldwide, Ltd.