Brian McQuillen (BM 9220)
Vanessa C. Hew (VH 4617)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendant
Intersearch Worldwide, Ltd.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| INTERSEARCH GROUP, INC. | : | Civil Action No. 07 Civ. 03545 (DAB) (KNF) |
| Plaintiff, | : | **STIPULATION AND PROPOSED ORDER TO** |
| -against- | : | **EXTEND TIME FOR DEFENDANT INTERSEARCH** |
| INTERSEARCH WORLDWIDE, LTD. | : | **WORLDWIDE, LTD. TO RESPOND TO PLAINTIFF'S** |
| Defendant. | : | **COMPLAINT** |

------------------------------------------------------------X

Plaintiff, Intersearch Group, Inc., by and through its counsel of record, and Defendant Intersearch Worldwide, Ltd., by and through the undersigned counsel, do hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint from September 17, 2007 through and including September 24, 2007. This stipulated extension of time has been agreed upon by all parties. No prior requests have been made for any extensions of time in this case. No dates have been set in this case. Thus, the requested extension will not affect any other scheduled dates in this case. This extension is not being entered for the purpose of delay.

DATED: New York, New York
       September 17, 2007

DUANE MORRIS LLP

By: _____
Brian McQuillen (BM 9220)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Intersearch Worldwide, Ltd.

SO ORDERED:

Dated: 9/19/07

_____
Deborah A. Batts
United States District Judge