Brian McQuillen (BM 9220)
Vanessa C. Hew (VH 4617)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

INTERSEARCH GROUP, INC.                    :

     Plaintiff,                :      Civil Action No. 07 Civ. 03545
                                                         (DAB) (KNF)
   -against-                              :
                                                  **RULE 7.1 DISCLOSURE**
INTERSEARCH WORLDWIDE, LTD.                 :     **STATEMENT**

     Defendant.              :

-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Intersearch Worldwide, Ltd. (private non-governmental corporate party), certifies that it is a privately held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, N.Y.
   September 20, 2007

DUANE MORRIS LLP

By: _____
Brian McQuillen (BM 9220)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant