# EXHIBIT "L"



 **United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|*e*Business|eBiz alerts|News|Help 

**Assignments on the Web > Trademark Query**

## Trademark Assignment Details

**Reel/Frame:** 3222/0696                                                **Pages:** 3
**Received:** 09/15/2005          **Recorded:** 09/12/2005
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Total properties: 3**

| | | | | |
|---|---|---|---|---|
| **1** | **Serial #:** 73160959 | **Filing Dt:** 03/06/1978 | **Reg #:** 1125849 | **Reg. Dt:** 10/09/1979 |
| | **Mark:** INTERSEARCH | | | |
| **2** | **Serial #:** 75679742 | **Filing Dt:** 04/09/1999 | **Reg #:** 2346993 | **Reg. Dt:** 05/02/2000 |
| | **Mark:** INTERSEARCH | | | |
| **3** | **Serial #:** 76159800 | **Filing Dt:** 11/06/2000 | **Reg #:** 2531787 | **Reg. Dt:** 01/22/2002 |
| | **Mark:** INTERSEARCH | | | |

**Assignor**

| | | |
|---|---|---|
| **1** | CONEX INCORPORATED CORP. | **Exec Dt:** 08/23/2005 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEW YORK |

**Assignee**

| | | |
|---|---|---|
| **1** | INTERSEARCH GROUP, INC. | **Entity Type:** CORPORATION |
| | 250 MONTGOMERY STREET | **Citizenship:** FLORIDA |
| | SAN FRANCISCO, CALIFORNIA 94104 | |

**Correspondence name and address**
OSTROLENK, FABER ET AL.
1180 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-8403

Search Results as of: 05/03/2007 12:04 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

**| .HOME | INDEX| SEARCH |** *e***BUSINESS | CONTACT US | PRIVACY STATEMENT**

# EXHIBIT "M"

DEC-21-2006 18:33 From:                                    To: 415 738 5382        P.2/6
12/20/2006 10:27 FAX 1 206 682 8031        SEED IP LAW GROUP PLLC                    ☒002

Seed$^{IP}$

December 19, 2006

Lorraine Linford
(206) 694-4826
LorraineL@SeedIP.com

By Facsimile 415.962.9702
Confirmation By US Mail

Mr. Dan O'Donnell                                          Without Prejudice
President, Chairmen and CEO of InterSearch Group Inc.
222 Kearny Street, Suite 550
San Francisco, CA 94108

Re:    Trademark Misappropriation, Infringement and Unfair Competition
       Seed IP Reference: 480243.801

Dear Mr. O'Donnell:

We represent Intersearch Worldwide Limited (ISww) in trademark matters. Information regarding our client may be found at www.Intersearch.org. As discussed in more detail on our client's website, the international partners and shareholders of ISww work on personnel recruitment and related services, in their respective countries. There is only one shareholder in each country, and each such shareholder is the exclusive licensee of our client's INTERSEARCH trademark in that country. Until August, 2005, Conex, Inc. was the U.S. licensee of our client.

Fred Siegel, on behalf of Conex, executed an ISww Shareholders Agreement on May 23, 2003. A copy of relevant sections of that Shareholders Agreement, as well as the signature page containing Mr. Siegel's signature, are enclosed for your reference. Under the Shareholders Agreement, Conex acknowledged that the INTERSEARCH mark and logo were the property of ISww and were used only by permission by ISww. (Please see Section 4.1.) Furthermore, while Conex was required under the terms of the Agreement to take reasonable steps to protect the INTERSEARCH mark in the U.S. at its own expense, the Agreement makes it clear that such steps were taken for and on behalf of ISww. (Please see Section 4.2.) As noted in Section 7 of the Agreement, Conex acknowledged that "for the avoidance of doubt the intellectual property in the trading name, style, mark and logo "InterSearch" belongs to the company. The Members are duly authorized in accordance with this agreement to use the name, style, mark and logo for so long as they remain Members of the company. On termination of Membership, for whatever reason, the right to use the name, style, mark, logo and Internet domain name shall cease."

Although Conex registered the INTERSEARCH mark with the U.S. Patent and Trademark Office in its name, Conex subsequently agreed that the mark and registrations should be owned by ISww, and expressly acknowledged ISww's ownership of the mark by executing the Shareholders Agreement. As such, Conex was obligated to assign U.S. trademark registrations 2,531,787, 2,346,993, 1,125,849 to ISww. Furthermore, Conex's use of the INTERSEARCH mark and all rights associated therewith inured to our client's benefit, such that our client is the rightful owner of the common law rights developed by Conex's use of the mark on the relevant services.

It has recently come to our clients' attention that contrary to Conex's obligations under the Shareholders Agreement, it assigned our client's INTERSEARCH mark, and the three associated US trademark registrations, namely, registration numbers 2,531,787, 2,346,993,

Seed Intellectual Property Law Group PLLC

1660 701 Fifth Avenue
Suite 5400
Seattle, WA 98104
phone 206.622.4900
simile 206.682.6031
sktp SeedIP.com

Mr. Dan O'Donnell                                                                    480243.801
December 19, 2006
Page 2

1,125,849, to InterSearch Group. As a licensee only of the INTERSEARCH mark, Conex did not have the right to assign the three US trademark registrations and the associated mark and goodwill, to your company.

It appears from a review of your website located at www.InterSearch.com, that InterSearch Group adopted the InterSearch name in November 2004, long after our client's licensee, Conex, began using the INTERSEARCH mark on the personnel placement, recruitment and other services identified in the three registrations misappropriated by Conex and assigned to InterSearch Group. Our client therefore has prior rights to the INTERSEARCH mark for such services.

It has recently come to our client's attention that you are using the INTERSEARCH mark in connection with services that are directly competitive with those of ISww. Such use falsely creates the impression that InterSearch Group is affiliated with our client, and is likely to result in consumer confusion. As such, your use of the INTERSEARCH mark in connection with such services infringes our client's mark, in violation of state and federal trademark and unfair competition laws. If the infringement is willful, InterSearch Group may be liable for increased damages and attorney's fees. To the extent you were aware of Conex's relationship with ISww, we also believe that your acquisition of the trademark registrations from Conex may constitute an intentional interference with our client's contractual relationship with Conex.

We therefore require, on behalf of our client, that InterSearch Group assign the three US trademark registration numbers 2,631,787, 2,346,993, 1,125,849, to ISww; delete the employment related services from its US Trademark Application Serial No. 76/658,774; and agree to refrain from using or registering the mark in connection with such services. As it appears that InterSearch Group's primary business is concerned with internet search engine services, customized internet searching for others, computer consultation in the field of information technology, and related services, we believe that an amicable resolution of this situation should be possible. We therefore look forward to receiving a favorable response within ten days of receipt of this letter. If we are unable to reach an amicable resolution, please note that our client will oppose your pending Application No. 76/658,774, and will be forced to take further legal action to enforce its rights.

Very truly yours,

Seed IP Law Group PLLC

Lorraine Linford

Enclosures:
       Copy of relevant sections of the ISww Shareholders Agreement
       Signature page containing Mr. Fred Siegel's signature

879929_1.DOC

DEC-21-2006 18:33 From:                                    To: 415 738 5382          P.4/6

12/20/2006 10:27 FAX 1 206 682 6031        SEED IP LAW GROUP PLLC                    @004

# SECTION 1
# INTERSEARCH (WORLDWIDE) LIMITED

# SHAREHOLDERS AGREEMENT
# (FIRST SCHEDULE)

DEC-21-2006 18:33 From:                                    To: 415 738 5382          P.5/6

12/20/2006 10:27 FAX 1 206 682 6031       SEED IP LAW GROUP PLLC                    ☒005

## ASSOCIATION

4.1     Each Member acknowledges that the name "InterSearch" and logo
        "InterSearch", or any other designation are the property of
        InterSearch, and may be used only by permission of InterSearch and
        as directed by the Board of Directors and the By-laws.

4.2     Each Member shall, at its own expense take all reasonable steps to
        protect the name "InterSearch" and the logo "InterSearch" in the
        territory in which the Member conducts its business, provided always
        that such steps are taken for and on behalf of InterSearch.

4.3     Any Shareholder seeking to open an office outside its existing
        InterSearch jurisdiction and wishing to use the InterSearch brand,
        should first gain authorisation from the Board who will act in the best
        interests of the whole membership when and if granting such a
        licence.

4.4     In the event that a Shareholder's business is acquired, merged, split
        between the existing owners, or is reconstructed in any way that may
        affect the working relationship between the Shareholder and the other
        InterSearch Shareholders, the Board may review the Shareholder's
        new corporate structure, terminate the existing agreement if it is not
        considered to be in the best interests of the other Shareholders and /
        or create a new agreement between another party or parties who
        appear to offer the greatest benefit to the other InterSearch
        Shareholders.  Such a change will require a 75% majority vote from
        the Shareholders.

4.5     Any merger or creation by one InterSearch Shareholder of an office in
        another jurisdiction where there is no other InterSearch presence shall

5

DEC-21-2006 18:34 From:                                    To: 415 738 5382          P.6/6

12/20/2006 10:28 FAX 1 206 682 6031          SEED IP LAW GROUP PLLC                    006

**INTELLECTUAL PROPERTY**

7    For the avoidance of doubt the intellectual property in the trading
     name, style, mark and logo "InterSearch" belongs to the company.
     The Members are duly authorised in accordance with this agreement
     to use the name style, mark and logo for so long as they remain
     Members of the company.  On termination of Membership for
     whatever reason, the right to use the name, style, mark, logo and
     Internet domain name shall cease.


**INTERSEARCH IS NOT A RECRUITMENT CONSULTANCY**

8.1    InterSearch does not provide professional services of any kind and
       shall not be an organization engaged in the practice of personnel
       recruitment, selection or consulting or any other professional services
       to the public, the Shareholder firms, or any other party. Each Member
       is responsible for the professional work, duties, responsibilities and
       liabilities arising from any contract, referral, or other assignment
       performed or undertaken by it or its associates.


8.2    Each Member hereby indemnifies and agrees to hold InterSearch
       harmless from any cost, fee, loss, expense, damages, or other
       negative consequence which, in the reasonable opinion of the Board
       of Directors arises either directly or indirectly as a result of that
       Member's actions or inactions.

**EXHIBIT "N"**



# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

INTERSEARCH WORLDWIDE LTD., a United
Kingdom Corporation,

           Plaintiff,

      v.

INTERSEARCH GROUP, INC., a Florida
Corporation,

           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

E-filing

C 07 4634

MEJ

TO: (Name and address of defendant)

INTERSEARCH GROUP, INC.
222 Kearny Street, Suite 550
San Francisco, CA 94108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
Email: siskind@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
Email: rzerounian@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE September 7, 2007

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                              *Signature of Server*

                                              _____
                                                *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

09/06/2007  15:36   4157385382                                    PAGE  03/18

1    HARVEY SISKIND LLP
     LAWRENCE J. SISKIND (SBN 85628)
2    Email: siskind@harveysiskind.com
     RAFFI V. ZEROUNIAN (SBN 236388)
3    Email: rzerounian@harveysiskind.com
4    4 Embarcadero Center, 39th Floor
     San Francisco, CA  94111
5    Telephone: (415) 354-0100
     Facsimile: (415) 391-7124
6

7    SEED IP LLP
     LORRAINE LINFORD (*pro hac vice* pending)
8    Email: LorraineL@SeedIP.com
     TIMOTHY BOLLER (*pro hac vice* pending)
9    Email: TimB@SeedIP.com
10    701 Fifth Avenue, Suite 5400
     Seattle, Washington 98104
11    Telephone: (206) 622-4900
     Facsimile: (206) 682-6031
12

13    Attorneys for Plaintiff
     InterSearch World Wide Ltd.

14

15          IN THE UNITED STATES DISTRICT COURT

16        FOR THE NORTHERN DISTRICT OF CALIFORNIA

17            SAN FRANCISCO DIVISION

18           C   07   4634   MEJ

19    INTERSEARCH WORLDWIDE LTD., a     )   Civil Action No.
     United Kingdom Corporation,        )
20                              )
            Plaintiff,         )   COMPLAINT FOR FEDERAL UNFAIR
21                              )   COMPETITION, COMMON LAW UNFAIR
           v.              )   COMPETITION, INTENTIONAL
22                              )   INTERFERENCE WITH CONTRACT,
     INTERSEARCH GROUP, INC., a       )   INTENTIONAL INTERFERENCE WITH
23    Florida Corporation,            )   PROSPECTIVE ECONOMIC
                             )   ADVANTGAGE, UNFAIR COMPETITION
24            Defendant.       )   UNDER CALIFORNIA LAW,
                             )   DECLARATORY JUDGMENT AND
25                              )   CANCELLATION
                             )
26                              )   **DEMAND FOR JURY TRIAL**

E-filing

COMPLAINT

1    Plaintiff InterSearch Worldwide Ltd., for its Complaint herein, alleges as follows:

## NATURE OF ACTION

1.    This is an action for federal unfair competition, common law unfair competition, intentional interference with contract under California law, intentional interference with prospective economic advantage under California law, unfair competition under California law, declaratory judgment and cancellation, arising out of Defendant's marketing of employment-related products and services, and related unlawful activities.

## PARTIES

2.    Plaintiff, InterSearch Worldwide, Ltd. ("InterSearch" or "Plaintiff"), is a corporation organized under the laws of the United Kingdom with a place of business at The Old Counsel Chambers, Halford Street, Tamworth, Staffordshire B79 7RB, United Kingdom.

3.    Defendant InterSearch Group, Inc. ("ISG" or "Defendant") is, on information and belief, a Florida Corporation with a place of business at 222 Kearny Street, Suite 550, San Francisco, California 94108.

## JURISDICTION AND VENUE

4.    This action is based upon the Lanham Act, 15 U.S.C. § 1051 et seq., and the common and statutory law of the State of California.

5.    This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, as well as 28 U.S.C. § 1367(a), which provides for supplemental jurisdiction over related state-law claims.

6.    Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391, *et. seq.* Defendant has entered, and is currently in, this district promoting its products and services, and a substantial part of the events giving rise to the claims occurred in this district.

COMPLAINT                              2

## INTRADISTRICT ASSIGNMENT

7.     Pursuant to Civil Local Rules 3-2(c) and 3-2(d) of this Court, this action should be assigned to the San Francisco Division of this Court.  InterSearch is informed and believes that Defendant transacts business in the County of San Francisco, and a substantial part of the events, omissions, and injuries giving rise to InterSearch's claims occurred in said county.

## PLAINTIFF AND ITS RIGHTS

8.     InterSearch is a worldwide organization of executive search and human resource consulting member firms.

9.     InterSearch and its affiliates are the owners of the rights in and to International Trademark Registration No. 709,386 for the mark INTERSEARCH for, *inter alia*, use in connection with employment agencies, personnel recruitment, consultancy pertaining to personnel issues, personnel recruitment for third parties by dissemination of advertisements in International Class 35.  The 709,386 Registration issued on October 23, 1998.

10.     InterSearch, through its licensees and predecessors-in-interest, began using the mark and trade name INTERSEARCH, including stylized versions and logos thereof (collectively, the "INTERSEARCH Marks"), in connection with executive search and human resource consulting and related products and services in commerce at least as early as 1989.

11.     At least as early as 1997, InterSearch, through its licensees and predecessors-in-interest, used the website www.intersearch.org in connection with executive search and human resource consulting and related products and services provided by its licensees.

12.     Under an agreement between InterSearch and its prior U.S. member, Conex, Inc. ("Conex"), InterSearch was the owner of all rights in and to the INTERSEARCH Marks, including the goodwill associated therewith.

13.     Under the agreement between InterSearch and Conex, Conex was responsible for obtaining and maintaining trademark protection for the INTERSEARCH Marks in the United States for the benefit of InterSearch.

COMPLAINT                                    3

14.  Since 1989, InterSearch, through its licensees, has conducted substantial business under and engaged in substantial promotion of its INTERSEARCH Marks.

15.  InterSearch's INTERSEARCH Marks have become known to and recognized by relevant consumers as identifying high-quality executive placement and human resources consultant and related products and services.  InterSearch is recognized as one of the top ten executive placement organizations in the world.  The INTERSEARCH Marks and the goodwill associated therewith are valuable assets of InterSearch.

16.  InterSearch is the rightful owner of any valid rights in U.S. Trademark Registration No. 1,125,849 for the mark INTERSEARCH in International Class 35 for "employee information services, specifically evaluation of qualifications, skills and interests of prospective job applicants, matching same with listings of job opportunities provided by employers, and providing biographical data of likely candidates to employers."

17.  InterSearch is the rightful owner of any valid rights in U.S. Trademark Registration No. 2,346,993 for the mark INTERSEARCH in International Class 35 for "personnel placement and recruitment."

18.  InterSearch is the rightful owner of any valid rights in U.S. Trademark Registration No. 2,531,787 for the mark INTERSEARCH in International Class 35 for "on-line executive search and human resource consultation services featuring information regarding salary, posting of resumes, searches for candidates, global matching of candidates and employers."

## DEFENDANT AND ITS UNLAWFUL ACTIVITIES

19.  Defendant is presently offering executive search and human resource consulting and related products and services under the INTERSEARCH mark in this judicial district and throughout the United States.

20.  On information and belief, Defendant's employment-related products and services were recently introduced and constitute no more than ten percent of Defendant's business.

COMPLAINT                                    4

21.    On information and belief, Defendant was aware of InterSearch's use of its INTERSEARCH Marks prior to selecting Defendant's conflicting INTERSEARCH mark and prior to deciding to use the conflicting INTERSEARCH mark in connection with employment-related products and services.

22.    Defendant is using the infringing domain name www.intersearch.com.

23.    On information and belief, Defendant was aware of InterSearch's use of the domain name www.intersearch.org when Defendant decided to offer competing services and products through the domain name www.intersearch.com.

24.    On or about March, 2005, InterSearch advised Conex of Defendant's infringing activities and requested that Conex commence enforcement activities on behalf of InterSearch.

25.    On or about March 30, 2005, Conex sent, through counsel, a cease and desist demand to Defendant.

26.    Conex executed a document (the "Purported Assignment") bearing an August 23, 2005 execution date and purporting to assign the INTERSEARCH Marks, the goodwill associated therewith and U.S. Trademark Registration No. 1,125,849, U.S. Trademark Registration No. 2,346,993 and U.S. Trademark Registration No. 2,531,787 (collectively, the "INTERSEARCH U.S. Registrations") to Defendant.

27.    On information and belief, Defendant paid Conex $50,000 as part of an agreement related to the Purported Assignment.

28.    On August 23, 2005, Conex was a licensee of InterSearch, and did not own the goodwill associated with the INTERSEARCH Marks or any other rights in or to the INTERSEARCH Marks.

29.    Under the agreement between Conex and InterSearch, Conex was contractually prohibited from assigning any rights or interests related to InterSearch's INTERSEARCH Marks without the express written consent of InterSearch.

30.    InterSearch did not consent to any assignment of rights related to InterSearch's INTERSEARCH Marks by Conex to Defendant.

COMPLAINT                                    5

31.   On information and belief, Defendant had actual knowledge prior to execution of the Purported Assignment of the existence of InterSearch and that Conex had a contractual relationship with InterSearch.

32.   On information and belief, Defendant had actual or constructive knowledge prior to execution of the Purported Assignment that under the agreement between Conex and InterSearch, InterSearch was the owner of the INTERSEARCH Marks, including the goodwill associated therewith, and the rightful owner of the INTERSEARCH U.S. Registrations.

33.   On information and belief, Defendant had actual or constructive knowledge prior to execution of the Purported Assignment that Conex was not the owner of the INTERSEARCH Marks, the goodwill associated therewith and the INTERSEARCH U.S. Registrations.

34.   On information and belief, Defendant had actual or constructive knowledge prior to execution of the Purported Assignment that Conex's execution of the Purported Assignment was a breach of Conex's contractual obligations to InterSearch.

35.   On information and belief, Defendant induced Conex to execute the Purported Assignment in violation of Conex's contractual obligations to InterSearch.

36.   On information and belief, Defendant had actual or constructive knowledge prior to execution of the Purported Assignment of the existence of International Trademark Registration No. 709,386 for the mark INTERSEARCH for use, *inter alia*, in connection with employment agencies, personnel recruitment, consultancy pertaining to personnel issues, personnel recruitment for third parties by dissemination of advertisements in International Class 35.

37.   On information and belief, Defendant had actual or constructive knowledge prior to execution of the Purported Assignment that International Trademark Registration No. 709,386 for the mark INTERSEARCH was not owned by Conex.

38.   On August 26, 2005, Conex notified InterSearch that Conex was terminating its contractual relationship with InterSearch.

COMPLAINT                                    6

39.    On September 12, 2005, InterSearch requested that Conex identify all pertinent U.S. trademark registrations for the mark INTERSEARCH.

40.    On information and belief, Defendant recorded the Purported Assignment on September 12, 2005 with the Patent and Trademark Office.

41.    On information and belief, Defendant had actual or constructive knowledge prior to recording the Purported Assignment that the Purported Assignment was not valid.

42.    On information and belief, Defendant recorded the Purported Assignment with the Patent and Trademark Office with actual or constructive knowledge of InterSearch's rights in and to the INTERSEARCH Marks, including the goodwill associated therewith, and the INTERSEARCH U.S. Registrations.

43.    On or about October 7, 2005, InterSearch advised Conex that it was aware that Conex had obtained the INTERSEARCH U.S. Registrations and demanded that Conex assign the INTERSEARCH U.S. Registrations to InterSearch.

44.    On or about December 19, 2006, InterSearch, through its attorneys, sent a cease and desist Demand Letter to Defendant, demanding, *inter alia*, that Defendant cease use of the infringing INTERSEARCH mark in connection with employment-related services and transfer U.S. Trademark Registration No. 1,125,849, U.S. Trademark Registration No. 2,346,993 and U.S. Trademark Registration No. 2,531,787 to InterSearch.  The Demand Letter recognized that Defendant's primary services were in another field and invited Defendant to engage in settlement discussions.

45.    In January 2007, InterSearch and Defendant began to engage in settlement discussions.

46.    On or about May 5, 2007, while settlement discussions were underway, Defendant filed a declaratory judgment action in New York (the New York Action).  Defendant did not advise InterSearch of the filing of the New York Action.

COMPLAINT                                    7

47.    On or about June 26, 2007, InterSearch through counsel advised Defendant that it had become aware of the New York Action, but understood the parties were trying to resolve the matter without litigation.

48.    On or about June 29, 2007, Defendant through counsel inquired about whether InterSearch's counsel was authorized to accept service, but also asked InterSearch to provide a settlement proposal.

49.    On or about July 10, 2007, InterSearch advised Defendant that InterSearch's counsel would not accept service of the Complaint in the New York Action and suggested that the principals of the parties meet in person for a settlement conference.

50.    On August 30, 2007, Defendant made a settlement proposal to InterSearch, demanding a sum of money in return for which Defendant would the transfer the INTERSEARCH U.S. Registrations to InterSearch and select a new mark.

51.    On information and belief, Defendant has not served the Complaint in the New York Action.

## FIRST COUNT

## FEDERAL UNFAIR COMPETITION

52.    Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 51 of this Complaint, as if set forth fully herein.

53.    Defendant's use of INTERSEARCH as a mark and trade name in connection with the promotion and sale of Defendant's products and services is likely to cause confusion and mistake.  Such use by Defendant deceives, and is likely to deceive, others into believing that Defendant's products and services are sponsored by, approved by, or affiliated with Plaintiff. Such use by Defendant constitutes a violation of the Lanham Act, 15 U.S.C. § 1125(a).

54.    Defendant's registration and use of the domain name www.intersearch.com in connection with the promotion and sale of Defendant's products and services is likely to cause confusion and mistake.  Such use by Defendant deceives, and is likely to deceive, others into

COMPLAINT                                    8

believing that Defendant's products and services are sponsored by, approved by, or affiliated with Plaintiff. Such registration and use was and continues to be a deliberate, willful and a bad faith intent to profit from Plaintiff's goodwill, divert consumers for Defendant's own commercial gain, and cause confusion as to the association, sponsorship, endorsement or origin of Defendant and its products in violation of 15 U.S.C. § 1125(d).

55.     Defendant was aware of Plaintiff's rights in and to the INTERSEARCH Marks. Despite such actual and/or constructive knowledge of Plaintiff's rights, Defendant commenced and has continued its infringing behavior, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

56.     Plaintiff has been and continues to be damaged in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. The actions of Defendant have damaged and will continue to damage Plaintiff's market, reputation, and good will, entitling Plaintiff to preliminary and permanent injunctive relief.

57.     Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial, but well in excess of $75,000.

## SECOND COUNT

## COMMON LAW UNFAIR COMPETITION

58.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 57 of this Complaint, as if set forth fully herein.

59.     The improper use by Defendant of identical, confusingly similar and/or colorable imitations of Plaintiff's INTERSEARCH trademarks and trade name, and other unfair activities constitute unfair competition and a violation of the common law rights of Plaintiff. Defendant's acts as alleged above are likely to cause confusion and mistake and are likely to deceive others into believing that Defendant's products and services are sponsored by, approved by, or affiliated with Plaintiff, when they are not.

COMPLAINT                                      9

60.    Defendant's acts, as above alleged, constitute infringement of Plaintiff's trademark, service mark, and trade name rights in violation of the common law of the State of California.

61.    Despite actual knowledge of Plaintiff's rights, Defendant continues its infringing behavior. Defendant has carried out its acts of infringement with knowledge of Plaintiff's rights and in conscious disregard of Plaintiff's rights.

62.    Plaintiff has been and continues to be damaged in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. The actions of Defendant have damaged and will continue to damage Plaintiff's market, reputation, and goodwill, entitling Plaintiff to preliminary and permanent injunctive relief.

63.    Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial, but well in excess of $75,000.

## THIRD COUNT

## INTENTIONAL INTERFERENCE WITH CONTRACT

64.    Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 63 of this Complaint, as if set forth fully herein.

65.    The agreement between Plaintiff InterSearch and Conex was a valid contract.

66.    Defendant had actual knowledge of the contract.

67.    Defendant took actions designed to induce a breach or disruption of the contract by inducing Conex to execute the Purported Assignment and terminate its relationship with InterSearch.

68.    As a direct and proximate result of Defendant's acts, the agreement between Plaintiff InterSearch and Conex was disrupted and breached.

69.    InterSearch has been damaged by Defendant's actions in an amount to be proven at trial, but well in excess of $75,000.

COMPLAINT                          10

### FOURTH COUNT

## INTENTIONAL INFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

70.    Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 69 of this Complaint, as if set forth fully herein.

71.    Plaintiff InterSearch had an economic relationship with Conex that had the potential for future economic benefit to Plaintiff, including the fulfillment of an obligation of Conex to assign the INTERSEARCH U.S. Registrations to InterSearch.

72.    Defendant had knowledge of InterSearch's relationship with Conex.

73.    Defendant intentionally took wrongful actions designed to disrupt said relationship by inducing Conex to execute the Purported Assignment and terminate its relationship with InterSearch, and by recording the Purported Assignment.

74.    As a direct and proximate result of Defendant's acts, InterSearch's relationship with Conex has been disrupted.

75.    InterSearch has been damaged by Defendant's actions in an amount to be proven at trial, but well in excess of $75,000.

### FIFTH COUNT

## UNFAIR COMPETITION UNDER CALIFORNIA STATUTORY LAW

76.    Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 75 of this Complaint, as if set forth fully herein.

77.    Defendant's acts, as above alleged in Count Two, constitute unfair competition in violation of the statutory law of the State of California, Cal. Bus. & Prof. Code §17200, et seq.

78.    Defendant's acts, as above alleged in Count Three, constitute unfair competition in violation of the statutory law of the State of California, Cal. Bus. & Prof. Code §17200, et seq.

79.    Defendant's acts, as above alleged in Count Four, constitute unfair competition in violation of the statutory law of the State of California, Cal. Bus. & Prof. Code §17200, et seq.

COMPLAINT                                    11

09/06/2007  15:36    4157385382                    INTERSEARCH                    PAGE  14/18

80.    Defendant has carried out its acts of unfair competition with knowledge of Plaintiff's rights and in conscious disregard of Plaintiff's rights.

81.    Plaintiff has been and continues to be damaged in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. Defendant's actions have damaged Plaintiff and will continue to cause Plaintiff irreparable harm, entitling Plaintiff to preliminary and permanent injunctive relief.

82.    Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial, but well in excess of $75,000.

## SIXTH COUNT

## DECLARATORY JUDGMENT

83.    Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 82 of this Complaint, as if set forth fully herein.

84.    An actual case or controversy exists between Plaintiff InterSearch and Defendant regarding the ownership of the INTERSEARCH Marks, including the goodwill associated therewith, and of the INTERSEARCH U.S. Registrations. In particular, Defendant has falsely asserted that it owns the INTERSEARCH U.S. Registrations and that it purchased the INTERSEARCH U.S. Registrations in good-faith.

85.    Plaintiff InterSearch, therefore, requests a declaratory judgment that InterSearch is the owner of the INTERSEARCH Marks, including the goodwill associated therewith.

86.    Plaintiff InterSearch, therefore, requests a declaratory judgment that the Purported Assignment is not valid.

87.    Plaintiff InterSearch, therefore, requests a declaratory judgment that InterSearch is the owner of the INTERSEARCH U.S. Registrations.

COMPLAINT                                12

### SEVENTH COUNT

### ALTERNATIVE COUNT FOR CANCELLATION OF

### THE INTERSEARCH U.S. REGISTRATIONS

88.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 87 of this Complaint, as if set forth fully herein.

89.     In the alternative, U.S. Trademark Registration No. 1,125,849 is invalid because a renewal application may have been filed in the name of the wrong entity, which may constitute grounds for cancellation of U.S. Trademark Registration No. 1,125,849.

90.     In the alternative, U.S. Trademark Registration No. 2,346,993 is invalid because it may have been filed in the name of the wrong entity, which may constitute grounds for cancellation of U.S. Trademark Registration No. 2,346,993.

91.     In the alternative, U.S. Trademark Registration No. 2,531,787 is invalid because it may have been filed in the name of the wrong entity, which may constitute grounds for cancellation of U.S. Trademark Registration No. 2,531,787.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant as follows:

1.     That Defendant, and its affiliates, officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them, be preliminarily and permanently enjoined and restrained from using the INTERSEARCH mark or any other mark confusingly similar to InterSearch's INTERSEARCH Marks, in connection with employment related products and services.

2.     That Defendant, and its affiliates, officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them, be preliminarily and permanently enjoined and restrained from all acts of false description and representation and false designation of origin, and all acts of unfair competition, including the use of the

COMPLAINT                                    13

INTERSEARCH mark or any other mark confusingly similar to InterSearch's INTERSEARCH Marks, in connection with employment related products and services.

3.    That Defendant, and its affiliates, officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them, be preliminarily and permanently enjoined and restrained from all manufacture, purchase, promotion, sale, and use of any products, packaging, advertising, promotional materials, labels, or other sales or shipping material that infringe InterSearch's INTERSEARCH marks, including use on websites such as www.intersearch.com.

4.    That Defendant, and its affiliates, officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them, be ordered to deliver to InterSearch all products, packaging, advertising, promotional materials, labels, or other sales or shipping material in their possession or control that infringe InterSearch's INTERSEARCH Marks.

5.    That Defendant be ordered to assign to InterSearch, or in the alternative to withdraw, any trademark applications filed in the United States for marks containing INTERSEARCH for use in connection with any employment related products or services.

6.    That the Court declare that InterSearch is the rightful owner of any rights in and to the INTERSEARCH Marks.

7.    That the Court declare that the Purported Assignment is invalid.

8.    That the Court declare that InterSearch is the rightful owner of any rights in and to U.S. Trademark Registration No. 1,125,849, and that Defendant be order to assign the Registration to InterSearch, or in the alternative, that the Court cancel U.S. Trademark Registration No. 1,125,849.

9.    That the Court declare that InterSearch is the rightful owner of any rights in and to U.S. Trademark Registration No. 2,346,993, and that Defendant be order to assign the Registration to InterSearch, or in the alternative, that the Court cancel U.S. Trademark Registration No. 2,346,993.

COMPLAINT                                        14

10.    That the Court declare that InterSearch is the rightful owner of any rights in and to U.S. Trademark Registration No. 2,531,787, and that Defendant be order to assign the Registration to InterSearch, or in the alternative, that the Court cancel U.S. Trademark Registration No. 2,531,787.

11.    That Defendant be ordered to assign to InterSearch, or in the alternative to cancel, any other trademark registrations owned or controlled by Defendant in the United States for marks containing INTERSEARCH for use in connection with any employment related products or services.

12.    That Defendant be directed to file with this Court and serve on InterSearch within thirty (30) days after the service of an injunction a report in writing, under oath, setting forth in detail the manner and form in which Defendant and its affiliates, officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them have complied with the injunction and any other relief ordered by the Court.

13.    That Defendant be required to pay InterSearch such damages as InterSearch has sustained, or will sustain, in consequence of Defendant's false description and representation, false designation of origin, trademark infringement, intentional interference with contract, intentional interference with prospective business advantage, and to account for all gains, profits, and advantages derived by Defendant that are attributable to such unlawful acts; and that such damages be trebled, as provided by 15 U.S.C. Section 1117, or increased as otherwise permitted by law.

14.    That Defendant be required to disgorge all ill-gotten gains and to pay restitution to InterSearch all funds acquired by means of any act or practice declared by this Court to be an unlawful, fraudulent or unfair business act or practice, a violation of laws, statutes or regulations, or constituting unfair competition;

15.    That the Court adjudge this to be an exceptional case and require Defendant to pay over to InterSearch the costs of this action, including reasonable attorneys' fees and interest, and treble damages as provided by 15 U.S.C. Section 1117, or as otherwise permitted by law.

COMPLAINT                          15

16.     That this Court grant prejudgment and post judgment interest to Plaintiff.

17.     That this Court grant Plaintiff such other and further relief as the Court deems appropriate.

Demand for Jury Trial

Plaintiff demands a trial by jury as to all issues so triable.

DATED this 7th day of September, 2007.

Respectfully submitted,

HARVEY SISKIND LLP

LAWRENCE J. SISKIND (SBN 85628)
RAFFI V. ZEROUNIAN (SBN 236388)

SEED IP LLP
LORRAINE LINFORD (pro hac vice pending)
TIMOTHY BOLLER (pro hac vice pending)

ATTORNEYS FOR PLAINTIFF
INTERSEARCH WORLDWIDE, LTD.

COMPLAINT                          16

**EXHIBIT "O"**

Cook Associates, Inc. - Executive Search - Global Operations

# COOK
## ASSOCIATES, INC.

Executive Search
M&A Advisory
Services

ABOUT INTERSEARCH

ABOUT US    PRACTICE AREAS    TEAM    NEWS & TRENDS
CONTACT US

**ABOUT US**

Overview

Process

Global Operations

# Executive Search: Global Operations

As the exclusive United States representative of InterSearch, a worldwide executive search consortium, we offer global search capabilities through proven and trusted partners.

InterSearch ranks as the 10th largest worldwide organization of executive search firms. From Argentina to the United States, via Australia and the United Kingdom, in 45 countries, we are able to span the globe to find executive talent for our clients.

For more information on InterSearch and to understand our process, please contact John Kins at 312.329.0900 or via email at jkins@cookassociates.com; and visit the organization's website at www.intersearch.org.

# Identity

InterSearch was established in 1989 as a worldwide incorporated organization of executive search and human resources consultancy firms. Managed by an international Board, InterSearch is represented in 45 countries on an exclusive basis.

**read more>>**

# Global News

**InterSearch Holds Global Conference [PDF]**

There is significant activity within the InterSearch network. Learn about cultural events in various locales around the world, and current information on InterSearch and its newest partners.

**read more>>**

© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search · About Us · Practice Areas · Team · News & Trends · Contact Us

# EXHIBIT "P"

# A worldwide organisation of executive search and human resource consulting firms
<u>printable version</u>



The Intersearch Network - your global/local partner for executive search.

# Our locations

## Argentina

**InterSearch Argentina S.A.**

Offices in: Buenos Aires, Cordoba, Rosario
Main contact: Mr Rodrigo F. DONOSO
Av. Callao 1121 10º D
C1023AAE Buenos Aires
ARGENTINA
Tel: 54 11 4813 2753
Fax: 54 11 4816 2111
Email: <u>r.f.donoso@intersearch.org</u>
web: <u>www.ar.intersearch.org</u>

## Australia

**Waite InterSearch**

Offices in: Melbourne, Sydney
Main contact: Mr Peter Waite
Level 11
459 Collins Street
Melbourne Victoria 3000
AUSTRALIA
Tel: 61 3 9621 2066
Fax: 61 3 9621 1757
Email: <u>pw@waite.com.au</u>
web: <u>www.waite.com.au</u>

## Austria

**Dr. Pendl & Dr. Piswanger GmbH**

Offices in: Vienna, Eisenstadt, Linz, Salzburg, Innsbruck, Graz, Klagenfurt, Bregenz, Götzis
Main contact: Mr Peter Pendl
Bartensteingasse 5
A-1010 Vienna
AUSTRIA

Tel: 43 1 402 76 08/17
Fax: 43 1 402 76 08/31
Email: p.pendl@pendlpiswanger.at
web: www.pendlpiswanger.at

# Belgium

**SCHELSTRAETE & DESMEDT Executive Search**

Offices in: Ghent, Brussels
Main contact: Mr Frank Schelstraete
Bagattenstraat 165
B-9000 Ghent
BELGIUM
Tel: 32 9 233 03 79
Fax: 32 9 233 03 18
Email: frank@s-d.be
web: www.s-d.be

# Brazil

**Mariaca | InterSearch**

Offices in: Sao Paulo, Rio de Janeiro
Main contact: Ms Patricia M. Epperlein
Rua Pequetita, 145-7o andar
04552-907 - Sao Paulo - SP
BRAZIL
Tel: 55 11 3844 6061
Fax: 55 11 3848 9510
Email: pepperlein@mariaca.com.br,
web: www.mariaca.com.br

# Bulgaria

**Dr. Pendl & Dr. Piswanger EOOD (P&P Group Member)**

Office in: Sofia
Main contact: Mrs Mirena Petrova
27 Vejen Str.
1421 Sofia
BULGARIA
Tel: 359 2 963 19 75
Fax: 359 2 963 19 56
Email: office@pendlpiswanger.com
web: www.pendlpiswanger.com

# Canada

**Staffing Strategists International - InterSearch Canada**

Offices in: Vancouver,Toronto, Montreal, Halifax
Main contact: Mr Jim Wilson
5945 Spring Garden Road
Halifax, Nova Scotia B3H 1Y4
CANADA
Tel: 1 902 423 1657
Fax: 1 902 423 0277
Email: jim.wilson@staffingstrategists.com
web: www.intersearch-canada.com

# Chile

**HK Human Capital**

Office in: Santiago
Main contact: Mr Christian Spröhnle
Avda Isidora Goyenechea 2934 Piso 12
Las Condes
Santiago
Chile
Tel: 56 2 3331701
Fax: 56 2 3331791
Email: christian.sprohnle@hkhumancapital.cl
web: www.hkhumancapital.cl

# China

**SprintPro-InterSearch Ltd / Intersearch China**

Offices in: Hong Kong, Guangzhou, Shanghai, Beijing
Main contact: Mr Johnny Ng, President
22/F, 3 Lockhart Road
Wanchai
HONG KONG
Tel: 852 6216 1333
Fax: 852 2317 1178
Email: johnny.ng@spchina.com,
johnnyng@intersearch.com.hk
web: www.intersearch.com.hk,
www.spchina.com

# Czech Republic

**Dr. Pendl & Dr. Piswanger Interselect s.r.o.**

Office in: Prague
Main contact: Mr Igor Svatos

Korunni 127
130 00 Prague 3
CZECH REPUBLIC
Tel: 420 272 742 703
Fax: 420 272 742 704
Email: i.svatos@pendlpiswanger.cz
web: www.pendlpiswanger.cz

# Denmark

**Hedegaard InterSearch A/S**

Office in: Copenhagen
Main contact: Mr Per Hedegaard
Hammerensgade 6
DK 1247 Copenhagen
DENMARK
Tel: 45 33 63 03 20
Fax: 45 33 63 03 21
Email: ph@intersearch.dk
web: www.intersearch.dk

# Finland

**InterSearch Oys**

Offices in: Helsinki, Turku,
Main contact: Mr Jouni Riekki, Mr Juhani Konu
Pohjoinen Makasiinikatu 6 A 3rd floor
FIN-00130 Helsinki
FINLAND
Tel: 358 207961730
Fax: 358 207961739
Email: jouni.riekki@intersearch.fi
web: www.intersearch.fi

# France

**InterSearch France**

Office in: Paris
Main contact: Mrs Anne Debieuvre
59, Boulevard Exelmans
75016 Paris
FRANCE
Tel: 33 (0)1 53 84 74 78
Fax: 33 (0)1 53 84 74 84
Email: a.debieuvre@intersearchfrance.com
web: www.intersearchfrance.com

# Germany

**InterSearch Deutschland GmbH**

Offices in: Bad Homburg, Berlin, Bremen, Hamburg, Düsseldorf, Münich
Main contact: Mr Heinz- Dieter Hestermann
Spitzenkiel 14/15
28195 Bremen
GERMANY
Tel: 49 421 162799
Fax: 49 421 1627988
Email: h.d.hestermann@mr-intersearch.de
web: www.mr-intersearch.de

# Greece

**Symvoli – InterSearch Greece**

Offices in: Athens
Main contact: Mr Harris Karaolides
54 Vas. Sophias Ave.
Athens 115 28
GREECE
Tel: 30 210 7294 720
Fax: 30 210 7294 725
Email: symvoli@otenet.gr,
info@symvoli-intersearch.gr
web: www.symvoli-intersearch.gr

# Hungary

**Dr Pendl & Dr Piswanger Int. Kft.**

Office in: Budapest
Main contact: Mr Andràs Lipcsei
Logodi utca 44
1012 Budapest
HUNGARY
Tel: 36 1 487 0241
Fax: 36 1 487 0248
Email: andras.lipcsei@pendlpiswanger.hu,
pandp@pendlpiswanger.hu
web: www.pendl.hu

# India

Contact person: Mr Peter Waite (InterSearch Australia)

# Ireland

**O' Malley & Associates / InterSearch Ltd.**

Offices in: Dublin, Cork, Athlone
Main contact: Mr Gerard O' Malley
OMI House
6, Orchard Business Centre
Orchard Avenue
City West Campus
Dublin 24
IRELAND
Tel: 353 1 466 3361
Fax: 353 1 466 3744
Mobile: 353 86 2544709
Email: gomalley@omalley-intersearch.com
web: www.omalley-intersearch.com

# Italy

**Euren InterSearch**

Offices in: Turin, Milan, Rome
Main contact: Mr Giuliano Viani, Ms Carla Calvo, Ms Elena Molinari, Ms Sandra Sgro, Mr Sebastiano Viani
Corso Marconi 13
10125 Torino
ITALY
Tel: 39 011 669 0143
Fax: 39 011 669 3104
Email: euren.intersearch@intersearch.it
web: www.intersearch.it

# Japan

**InterSearch Japan**

Office in: Tokyo
Main contact: Mr David A. Wouters
6-16-50 Roppongi
Minato-Ku
Tokyo 106
JAPAN
Tel: 81 33 423 7491
Fax: 81 33 423 7492
Email: d.wouters@intersearchjapan.com,
japan@intersearchjapan.com,
wouters@gol.com
web: www.intersearchjapan.com

# Korea

**InterSearch Korea**

Office in: Seoul
Main contact: Mr Steve Chough
4th Floor Jang Bldg.
61-6 Nohhyun-dong
Gangnam-gu, Seoul
KOREA 135-010
Tel: 82 2 517 7861
Fax: 82 2 517 7861
Email: inskorea@chollian.net
web: www.kr.intersearch.org

# Luxembourg

**SCHELSTRAETE & DESMEDT Executive Search**

Offices in: Ghent, Brussels
Main contact: Mr Frank Schelstraete
Bagattenstraat 165
B-9000 Ghent
BELGIUM
Tel: 32 9 233 03 79
Fax: 32 9 233 03 18
Email: frank@s-d.be
web: www.s-d.be

# Malaysia

**EML-BNB Executive Search**

Offices in: Petaling Jaya (Kuala Lumpur)
Main contact: Annie Fernandez
Unit 601B Level 6
Tower B Uptown 5, No 5 Jalan SS 21/39
Damansara Uptown
47400 Petaling Jaya
Selangor, MALAYSIA
Tel: 603 7725 8533
Fax: 603 7725 8646
Email: annie@emlbnb.com
web: www.emlbnb.com

# Mexico

**Shore Associates**

Offices in: Mexico City, Guadalajara, Monterrey, Leon
Main contact: Mrs Linda Shore, Mr Fernando Fernandez de Cordova, Mrs Virginia Franco
Ave Constituyentes N° 117 - 5 Piso
Col San Miguel Chapultepec
11850 Mexico DF
MEXICO
Tel: 52 55 50 89 88 00
Fax: 52 55 55 15 39 79
Email: lshore@shore.com.mx,
ffernandezdec@shore.com.mx,
vfranco@shore.com.mx
web: www.shore.com.mx

# Netherlands

**InterSearch Netherlands**

Office in: Rotterdam
Main contact: Mr Thierry Huning Veringa
Cypresbaan 7
2908 LT Capelle a/d IJssel
Rotterdam
NETHERLANDS
Tel: 31 10 258 2636
Fax: 31 10 420 3007
Email: t.huning.veringa@intersearch.nl
web: www.intersearch.nl

# New Zealand

**Wheeler Campbell Consulting Limited**

Office in: Wellington, Auckland
Main contact: Mr Rob Borgers
PO Box 205
Wellington, NZ
Level 13, Sovereign Centre
117 Customhouse Quay
Wellington
NEW ZEALAND
Tel: 64 4 499-1500
Fax: 64 4 499-1600
Email: anna.jones@wheelercampbell.co.nz
web: www.intersearchnz.co.nz

# Norway

**InterSearch AS**

Office in: Oslo
Main contact: Mr Arve Winge
Professor Dahlsgt 26
0260 Oslo
NORWAY
Tel: 47 22 55 33 33
Fax: 47 22 55 33 36
Email: firmapost@intersearch.no
arve.winge@intersearch.no
web: www.intersearch.no

# Peru

**M & A InterSearch**

Offices in: Sao Paulo, Rio de Janeiro
Main contact: Ms Patricia M. Epperlein / Ms Irene Ferreira Azevedo
Rua Pequetita, 145-7o andar
04552-907 - Sao Paulo - SP
BRAZIL
Tel: 55 11 3844 6061
Fax: 55 11 3848 9510
Email: pepperlein@mariaca.com.br,
irene@mariaca.com.br
web: www.mariaca.com.br

# Poland

**Czarnocka-Tworzynska Executive Recruitment (CTER)**

Office in: Warsaw
Main contact: Mrs Joanna Czarnocka-Tworzynska
Nowy Swiat 30/5
00-373 Warsaw
POLAND
Tel: 48 22 828 3667
Fax: 48 22 828 3667
Email: joanna@cter.pl
web: www.cter.pl

# Portugal

**Konsac Group**

Office in: Lisbon
Main contact: Mr Rodrigo Pereira Coutinho
Campo Grande, 35, 6e A
1700-087 Lisboa

PORTUGAL
Tel: 351 217 937 117
Fax:
Email: rpcoutinho@konsac.pt
web: www.konsac.pt

# Qatar

**InterSearch Qatar**

Office in: Doha
Main contact: Joanne Thomas
Office 704
Qatar Financial Centre Tower
West Bay
Doha Qatar
Tel: 974 496 7294
Fax: 974 496 7290
Email: jt@intersearch.ae
web: www.intersearch.ae

# Romania

**Dr Pendl & Dr Piswanger Romania S.R.L (P&P Group member) S.R.L.**

Office in: Bucharest
Main contact: Mr Richard Shanks
Str. Aurel Vlaicu nr. 87 er.2
Ap3, sector 2
Bucuresti
ROMANIA
Tel: 40 21 212 0108
Fax: 40 21 610 7497
Email: richard@ppromania.ro
office@ppromania.ro
web: www.ppromania.ro

# Russia

**Kontakt Agency**

Office in: Moscow
Main contact: Ms Tatiana Ananyeva, Ms Olga Sabinina
13/36 Arbat st.
MOSCOW 119019
RUSSIA
Tel: 7 095 202 21 10
Fax: 7 095 203 23 63
Email: olga_sabinina@kontakt.ru

Email: olga_sabinina@kontakt.ru
web: www.kontakt.ru

# Saudi Arabia

**InterSearch Saudi Arabia**

Office in: Riyadh, Jeddah, Dammam
Main contact: Mr Sultan Al Ammash
P.O. Box 93331
Riyadh 11687
KINGDOM OF SAUDI ARABIA
Tel: 00 966 1 2777100 / 1462
Fax: 00 966 1 2488797
Email: md@intersearch.com.sa
web: www.intersearch.com.sa

# Singapore

**JAF Consulting Pte Ltd**

Office in: Singapore
Main contact: Ms Amy Hoon
1 Goldhill Plaza
#03-35/37 Podium Block
Singapore 308899
SINGAPORE
Tel: 65 6511 6452
Fax: 65 6254 3128
Email: amyhoon@jafcpl.com
web: www.jafcpl.com

# Slovakia

**P & P Management Impulse, spol. s.r.o.**

Office in: Bratislava
Main contact: Dr Eva Streckova
Cukrova 14
813 39 Bratislava
SLOVAKIA
Tel: 421 2 59324488
Fax: 421 2 59324487
Email: streckova@papmi.sk
web: www.papmi.sk

# Slovenia

**Dr Pendl & Dr Piswanger D.O.O.**

Office in: Ljubljana
Main contact: Ms Romana Kovacs
Krziceva ulica 9
SI – 1000 Ljubljana
SLOVENIA
Tel: 386 59 083 300
Fax: 386 59 083 309
Email: romana.kovacs@pendlpiswanger.si
web: www.pendlpiswanger.si

# South Africa

**Renwick Talent**

Offices in: Sandton, Cape Town, Durban
Main contact: Ms Georgina Barrick
6 Protea Place, 1st Floor
Sandown, Sandton
Private Bag X888
Benmore 2010
REPUBLIC SOUTH AFRICA
Tel: 27 11 269 8899
Fax: 27 11 269 8803
Email: georgina.barrick@renwicktalent.co.za
web: www.renwicktalent.co.za

# Spain

**Konsac Group**

Offices in: Madrid, Barcelona
Main contact: Ms Lidia Minguella
c/Ferraz, 78 - 3
28008 MADRID
SPAIN
Tel: 34 91 559 89 00
Fax: 34 91 559 25 75
Email: lminguella@konsac.es
web: www.konsac.com

# Sweden

**InterSearch Sweden**

Office in: Stockholm, Gothenburg
Main contact: Mr Jan Johnsson, Mr Andrea Montanari
Grev Turegatan 27
S - 114 38 STOCKHOLM

SWEDEN
Tel: 46 8 654 74 00
Fax: 46 8 650 93 83
Email: jan@intersearch.se,
andrea.montanari@intersearch.se
web: www.intersearch.se

# Switzerland

**Obitag**

Office in: Basel
Main contact: Mr Roman Honegger
Hirzbodenweg 103
CH-4020 BASEL
SWITZERLAND
Tel: 41 61 319 51 00
Fax: 41 61 319 51 20
Email: r.honegger@obitag.ch
web: www.itaggroup.ch

# Thailand

**BNB Recruitment Company Ltd**

Office in: Bangkok
Main contact: Ms Jennifer Khoo
Room 1205, 12th Floor
140 One Pacific Place
Sukhumvit Road, Klongtoey
Bangkok 10110
THAILAND
Tel: 662 653 2512 - 5
Fax: 662 653 2518
Email: jennifer@emlbnb.com
web: www.emlbnb.com

# Turkey

**Poyraz Consulting Inc.**

Office in: Istanbul
Main contact: Mr. Ali Ihsan Poyraz, Ms Ceyda Dumlupinar
Poyracik Sok. No.7 Nisantasi
ISTANBUL 34365
TURKEY
Tel: 90 212 230 2295 / 231 5187
Fax: 90 212 247 1387
Email: ceyda@poyrazdanismanlik.com.tr,

aip@poyrazdanismanlik.com.tr
web: www.poyrazdanismanlik.com.tr

# Ukraine

**Personnel Executive**

Office in: Kiev
Main contact: Ms Elena Strelets
5 Spasskaya Street, office 4.18 (section 2, 6th floor)
Kiev
UKRAINE
Tel: + 38 044 230 97 86 / 87
Fax: + 38 044 230 97 86 / 87
Email: es@personnel.kiev.ua
web: www.personnel.com.ua

# United Arab Emirates

**InterSearch in the Gulf**

Offices in: Dubai, Abu Dhabi, Qatar, Bahrain and Oman
Main contact: Mr John Robinson
Cab/couries:
Office 148 + 133, Emirate Attrium Building
Sheik Zayed Road
Dubai
Mailing:
PO Box 58026
Dubai
UNITED ARAB EMIRATES
Tel: 971 4 343 9960
Fax: 971 4 343 9030
Email: jr@intersearch.ae
web: www.intersearch.ae

# United Kingdom

**Breckenridge InterSearch**

Offices in: Birmingham, London
Main contact: Mr Paul Holmes
InterSearch House
5 George Road
Edgbaston
Birmingham B15 1NP
UNITED KINGDOM
Tel: 44 121 456 7640
Fax: 44 870 42 99 843

Email: info@intersearchuk.com
web: www.intersearchuk.com

# USA

**Cook Associates, Inc.**

Offices in: Chicago, New York, Philadelphia, Boston, Washington, Boulder (CO), Ashland (VA)
Main contact: Mr John Kins, Ms Mary Kier
212 W. Kinzie Street
Chicago, IL 60610
USA
Tel: 1 312 755 5616 (Mr. Kins)
Tel: 1 312 755 5614 (Ms. Kier)
Fax: 1 312 329 1528
Email: jkins@cookassociates.com
mkier@cookassociates.com
web: www.cookassociates.com

webdesign: ManufakturaCopyright 2006, InterSearch Worldwide Limited. All rights reserved.