Brian McQuillen
Vanessa C. Hew
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Lorraine Linford (pro hac application to be filed)
Timothy L. Boller (pro hac application to be filed)
**SEED IP LAW GROUP PLLC**
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel: (206) 622-4900
Fax: (206) 682-6031

ATTORNEYS FOR DEFENDANTS
INTERSEARCH WORLDWIDE, LTD.
COOK ASSOCIATES, INC.

Juris Kins (pro hac application to be filed)
**DAVIS McGRATH LLC**
125 S. Wacker Dr., Suite 1700
Chicago, Illinois 60606
Tel: (312) 332-3033
Fax: (312) 332-6376

ATTORNEYS FOR DEFENDANT
COOK ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| INTERSEARCH GROUP, INC. | : | Civil Action No. 07 CIV 03545 (DAB) (KNF) |
| Plaintiff, | : | |
| -against- | : | NOTICE OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA |
| INTERSEARCH WORLDWIDE LTD. and COOK ASSOCIATES, INC. | : | |
| | : | |
| Defendants. | : | **ORAL ARGUMENT REQUESTED** |

-------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the annexed Declaration of Lorraine Linford, Esq. dated October 5, 2007, the exhibits thereto, the annexed Declaration of Mr. Heinz-Dieter Hestermann, dated October 5, 2007, and upon all the pleadings and proceedings heretofore had herein, the undersigned, on behalf of defendants InterSearch Worldwide, Ltd. and Cook Associates, Inc. will move this Court, before the Honorable Deborah A. Batts, United States District Judge, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, on Friday, November 2, 2007 at 12:00 noon, or as soon thereafter as counsel can be heard, for an order granting the motion of defendants InterSearch Worldwide, Ltd. and Cook Associates, Inc. to dismiss the Amended Complaint herein pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure and the principals of comity between district courts of equal rank, or in the alternative, for an order granting transfer of any claims not dismissed from this case to the Northern District of California where an action between InterSearch Worldwide, Ltd. and Intersearch Group, Inc. is already pending and where Intersearch Group, Inc. may pursue all of its claims, pursuant to 28 U.S.C. Section 1404(a).

PLEASE TAKE FURTHER NOTICE that pursuant to S.D.N.Y. R. 6.1(b), opposing papers, if any, shall be served on the undersigned by no later than October 19, 2007, and reply papers shall be served by no later than October 26, 2007.

Dated: New York, New York
October 5, 2007

        **DUANE MORRIS LLP**

        _/s/_

        Brian McQuillen
Vanessa C. Hew
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

and

**SEED IP LAW GROUP PLLC**
Lorraine Linford
(pro hac vice application to be filed)
Timothy L. Boller
(pro hac vice application to be filed)
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel: (206) 622-4900
Fax: (206) 682-6031

ATTORNEYS FOR DEFENDANTS
INTERSEARCH WORLDWIDE, LTD.
and COOK ASSOCIATES, INC.

and

**DAVIS MCGRATH LLC**
Juris Kins
(pro hac vice application to be filed)
125 S. Wacker Drive, Suite 1700
Chicago, IL 60606
Tel: (312) 332-3033
Fax: (312) 332-6376

ATTORNEYS FOR DEFENDANT
COOK ASSOCIATES, INC.