Brian McQuillen
Vanessa C. Hew
**DUANE MORRIS LLP**
1540 Broadway
New York, NY  10036-4086
Tel:  (212) 692-1000
Fax:  (212) 692-1020

Lorraine Linford (pro hac application to be filed)
Timothy L. Boller (pro hac application to be filed)
**SEED IP LAW GROUP PLLC**
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel: (206) 622-4900
Fax: (206) 682-6031

ATTORNEYS FOR DEFENDANTS
INTERSEARCH WORLDWIDE, LTD.
COOK ASSOCIATES, INC.

Juris Kins (pro hac application to be filed)
**DAVIS McGRATH LLC**
125 S. Wacker Dr., Suite 1700
Chicago, Illinois 60606
Tel: (312) 332-3033
Fax: (312) 332-6376

ATTORNEYS FOR DEFENDANT
COOK ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| INTERSEARCH GROUP, INC. | : | Civil Action No. 07 CIV 03545 (DAB) (KNF) |
| Plaintiff, | : | |
| | | NOTICE OF APPEARANCE |
| -against- | : | |
| INTERSEARCH WORLDWIDE LTD. and COOK ASSOCIATES, INC. | : | |
| | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------X

PLEASE TAKE NOTICE that the law firm of Duane Morris LLP is appearing on behalf of Defendant Cook Associates Inc. in the above-captioned action.

DM2\1268972.1

Dated:    New York, New York
          October 5, 2007

                              **DUANE MORRIS LLP**

                              _____
                              Brian McQuillen
                              Vanessa C. Hew
                              1540 Broadway
                              New York, NY  10036-4086
                              Tel:  (212) 692-1000
                              Fax: (212) 692-1020

                              and

                              **SEED IP LAW GROUP PLLC**
                              Lorraine Linford
                              (pro hac vice application to be filed)
                              Timothy L. Boller
                              (pro hac vice application to be filed)
                              701 Fifth Avenue, Suite 5400
                              Seattle, Washington 98104
                              Tel:  (206) 622-4900
                              Fax: (206) 682-6031

                              and

                              **DAVIS MCGRATH LLC**
                              Juris Kins
                              (pro hac vice application to be filed)
                              125 S. Wacker Drive, Suite 1700
                              Chicago, IL 60606
                              Tel: (312) 332-3033
                              Fax: (312) 332-6376

                              ATTORNEYS FOR DEFENDANT
                              COOK ASSOCIATES, INC.

3

DM2\1268972.1