UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INTERSEARCH GROUP, INC.,                          :
                                                  :
                        Plaintiff,                :        Civil Action No. 07 CV 3545
                                                  :        (DAB) (KNF)
        -against-                                 :
                                                  :
INTERSEARCH WORLDWIDE LIMITED and.                :
COOK ASSOCIATES, INC.,                            :
                                                  :
                        Defendant.                :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        I hereby certify that on October 5, 2007, the Notice of Defendants' Motion to Dismiss, Defendants' Memorandum in Support of Their Motion to Dismiss, Declaration of Mr. Heinz-Dieter Hestermann in Support of Defendant's Motion to Dismiss, Declaration of Lorraine Linford in Support of Defendants' Motion to Dismiss and exhibits, and Notice Of Appearance were filed with the Clerk of the Court via ECF and served in accordance with Southern District's Rules on Electronic Service upon the following parties:

                        Robert C. Faber
                        Peter S. Sloane
                        OSTROLENK, FABER, GERB & SOFFEN, LLP
                        1180 Avenue of the Americas
                        New York, New York  10036-8403
                        Counsel for Plaintiff Intersearch Group, Inc.


                        By:   _/s/ LaKeisha Hemingway_____
                                LAKEISHA HEMINGWAY


DM2\1273369.1