IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Intersearch Group, Inc. | |
| vs. | |
| Intersearch Worldwide, Ltd. | Case Number   07 CV 3545 |

## AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 25 day of September, 2007, at 12:40 PM at 212 West Kinzie St., Chicago, IL 60610, did serve the following document(s):

**Sunmmons and First Amended Complaint**

Upon:  **Cook Associates, Inc.**

By:   ☑ Personally serving to:   Colby S. Neuman-V.P. Finance

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 212 West Kinzie St., Chicago, IL 60610 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **52** |
|---|---|---|---|---|---|---|
| | Height | **5'11** | Weight | **180** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

INTERSEARCH GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

V.

INTERSEARCH WORLDWIDE, LTD.

CASE NUMBER:   07 Civ. 03545

TO: (Name and address of Defendant)

Cook Associates, Inc.
Chicago, IL
212 W Kinzie Street
Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Faber
Peter S. Sloane
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403

Attorneys for Plaintiff

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 2 1 2007

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.