# Affidavit of Process Server

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

INTERSEARCH GROUP, INC. vs INTERSEARCH WORLDWIDE, LTD          03545/07
PLAINTIFF/PETITIONER             DEFENDANT/RESPONDENT            CASE NUMBER

I, STEPHEN THEUS, LIC # 1110261, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served COOK ASSOCIATES, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT

by leaving with SUZANNE DOE                                      At
                 NAME                    RELATIONSHIP

☐ Residence _____
              ADDRESS                CITY / STATE

☑ Business  560 LEXINGTON AVENUE, 10TH FLOOR    NEW YORK, NEW YORK 10022
              ADDRESS                CITY / STATE

On  9/25/07                           AT  10:37 A M
     DATE                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on 9/25/07
                                                                                DATE
from  BROOKLYN,         NEW YORK           11212
       CITY              STATE              ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE       TIME         DATE       TIME
(3)_____ (4)_____ (5)_____
    DATE     TIME          DATE     TIME          DATE     TIME

**Description:** Age 30-40 Sex FEMALE Race white Height 5'4"-5'8" Weight 140-170 Hair BLACK Beard NO Glasses YES

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 25TH day of SEPTEMBER, 2007

JOHN FOSTER, JR
COMMISSIONER OF DEEDS
CITY OF NEW YORK - No. 2-11294
Commission Expires May 1, 2009

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NEW YORK



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

INTERSEARCH GROUP, INC.

V.

INTERSEARCH WORLDWIDE, LTD.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07 Civ. 03545

TO: (Name and address of Defendant)

Cook Associates, Inc.
New York, NY
560 Lexington Avenue, 10th Floor
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Faber
Peter S. Sloane
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403

Attorneys for Plaintiff

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

SEP 2 1 2007

DATE

(By) DEPUTY CLERK

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/25/07 |
| NAME OF SERVER (PRINT) STEPHEN THEUS | TITLE Process Server - Lic # 1110261 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Suzzanne "Doe" Receptionist

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/25/07
              Date            Signature of Server

              Brooklyn, NY 11212
              Address of Server

JOHN FOSTER, JR
COMMISSIONER OF DEEDS
CITY OF NEW YORK - No. 2-11214
Commission Expires May 1, 2009

9-25-07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.