Brian McQuillen
Vanessa C. Hew
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendants
Intersearch Worldwide, Ltd. for limited purpose

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERSEARCH GROUP, INC.                           :

                        Plaintiff,        :         Civil Action No. 07 Civ. 03545 (DAB)

           -against-                         :

INTERSEARCH WORLDWIDE, LTD.                :         **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF LORRAINE LINFORD**

                       Defendant.     :
------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Brian McQuillen on October 10, 2007, defendant Intersearch Worldwide, Ltd. will move this Court before the Honorable Deborah A. Batts, at the United States District Court, 500 Pearl Street, New York 10007, for an order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of

                       Lorraine Linford
                       Seed IP Law Group PLLC
                       701 Fifth Avenue, Suite 5400
                       Seattle, Washington 98104
                       TEL: 206.622.4900
                       FAX: 206.682.6031
                       LorraineL@SeedIP.com

to practice before this Court in the above captioned action. Lorraine Linford is a member in good standing of the Bar of the State of Washington. There are no pending disciplinary proceedings against Lorraine Linford in any State or Federal court.

Dated: New York, New York
      October 10, 2007

BRIAN MCQUILLEN

Brian McQuillen
Vanessa C. Hew
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendants
Intersearch Worldwide, Ltd. for limited purpose

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
INTERSEARCH GROUP, INC.                                      :
                                                             :
                              Plaintiff,    :   Civil Action No. 07 Civ. 03545 (DAB)
                                                             :
             -against-                      :   **DECLARATION OF**
                                                             :   **BRIAN MCQUILLEN**
                                                             :   **IN SUPPORT OF MOTION**
INTERSEARCH WORLDWIDE, LTD.                 :   **FOR ADMISSION *PRO HAC VICE***
                                                             :
                              Defendant.    :
-------------------------------------------------------------X

STATE OF NEW YORK    )
                     :  ss.:
COUNTY OF NEW YORK   )

     BRIAN MCQUILLEN, under penalty of perjury, hereby declares:

     1.     I am a partner of the firm Duane Morris LLP, counsel for defendant Intersearch Worldwide Limited in the above-captioned action. I am fully familiar with the facts contained herein. I submit this motion, pursuant to Local Civil Rule 1.3(c), for an order admitting *pro hac vice* Lorraine Linford to practice before this Court in the above-captioned action.

2

2. I am a member in good standing of the bar of the State of New York and am admitted to the bar of the United States District Court for the Southern District of New York I am in good standing with this court.

3. Lorraine Linford is a member in good standing of the State Bar of Washington. An original Certificate of Good Standing issued by the State Bar of Washington within the last thirty days is annexed as Exhibit A.

4. I have found Lorraine Linford to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. I respectfully submit a proposed order granting the admission of Lorraine Linford *pro hac vice*, annexed as Exhibit B.

WHEREFORE, it is respectfully requested that this Court admit *pro hac vice* Lorraine Linford to practice before this Court in the above-captioned action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       October 10, 2007

BRIAN MCQUILLEN

# STATUS CERTIFICATE

This certifies that

# LORRAINE LINFORD

was admitted to the Bar of the State of Washington on November 13, 1991, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of September 28, 2007.

*[signature]*

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Lorraine Linford, Declaration of Brian McQuillen in Support of Motion for Admission *Pro Hac Vice* of Lorraine Linford, and Proposed Order for Admission *Pro Hac Vice* of Lorraine Linford to be served on the following individuals by first class mail:

>Robert C. Faber
>Peter S. Sloane
>Ostrolenk, Faber, Gerb & Soffen, LLP
>1180 Avenue of the Americas
>New York, New York  10036-8403

This the 11th day of October, 2007.

_____
Edwin E. Grullon

2