# Exhibit A

# Inter Search Group, Inc.

- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us



Results Driven Business

- **Latest News**

  10/11/07          8:35 AM EDT
  InterSearch Group Appoints
  Industry Veteran Harry P. McGinley
  as Director of Sales Development
  for Banks.com - Business Wire

  09/10/07          12:52 PM EDT
  InterSearch Group to Present at
  Merriman Curhan Ford 4th Annual
  Investor Summit - Business Wire

  09/05/07          8:34 AM EDT
  InterSearch Group Announces
  Strategic Agreement with
  Shopping.com - Business Wire

          Oct 22 2:40 PM EDT

In an era when time-to-market determines success or failure, InterSearch ha established itself as a market leader through rapid commercialization. We apply technical expertise honed in successful Silicon Valley companies combined with Wall Street business acumen. We put the right people in pla to get the job done. We give teams the tools to succeed using corporate capital and strategic partnerships. From the first line of code to the bottom line, InterSearch builds success.

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.

# Inter)Search Group, Inc.

- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us

# Corporate Overview

InterSearch Group, Inc. provides Internet search services through a combination of traffic aggregation and proprietary Websites. The company operates in various areas of Internet commerce, including paid search, direct navigation, and online marketing. Its pay-per-click search services enable businesses to enhance their online transactions through online advertising to Internet users in response to their keyword search queries. The company also provides corporate services, including Internet technology consulting services to various companies primarily in the financial services industry.

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.



- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us

# Portfolio

## IRS.com

IRS.com is the #1 Independent Tax Resource on the Internet. We provide useful tax links to 3rd Party Tax providers for our visitors which are organized to make it easier to find what you are looking for quickly. IRS.com includes tax information about IRS tax forms, the Internal Revenue Service, estate taxes, tax software, income tax preparation, tax refunds, and IRS efile for year 2005 taxes. (NOTE - This site is not affiliated with the IRS website, the United States Internal Revenue Service or any state revenue or taxing agency.) Copyright © 2007 Internet Revenue Services, Inc.

**Visit** www.irs.com

## Banks.com

InterSearch's most recent domain acquisition is currently under development to be a leading financial services web portal. Banks.com will serve consumers with valuable information regarding all areas of financial services such as, banking, real estate lending, investing, trust services and much more. In addition, Banks.com will provide advertisers with access to a high volume, high quality and extremely targeted user base. Banks.com is an extremely valuable addition to the InterSearch portfolio. Financial Services is a major web category which offers InterSearch a multitude of new revenue opportunities and cross-sell opportunities with IRS.com.

**Visit** www.banks.com

## Looksearch.com

Looksearch.com is a search engine serving high quality results to thousands of visitors per day.

**Visit** www.looksearch.com

## Camps.com

Camps.com will be a premier camps directory providing users with a plethora of information in order to facilitate their camp vacation planning needs. The site will contain listings of a wide variety of camp types, together with useful articles, user reviews and images and video content.

Visit www.camps.com

# ParkingDots.com

Parking Dots enables Internet domain owners to generate revenue from traffic to undeveloped and expired sites. Parking Dots uses proprietary strategies to deliver content to these sites from pay-for-performance advertisers. Visitors find what they are looking for. Advertisers gain customers. The domain owner generates revenue.

Visit www.parkingdots.com

# InterSearch Corporate Services, Inc.

InterSearch Corporate Services provides professional and technical consulting to the financial services industry. Focusing on operations efficiency and technology, we deliver strategic consulting and subject matter expertise to leading financial institutions.

Visit www.corp.intersearch.com

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.



- home
- corporate overview
- executive team
- portfolio
- news room
- investor relations
- careers
- contact us

# Executive Team

- Executive Team
- Board of Directors

# Dan O'Donnell

President, Chairman and Chief Executive Officer

Prior to becoming Chairman and CEO of the InterSearch Group, Mr. O'Donnell focused on identifying emerging Internet opportunities and building world-class teams to develop and build these opportunities into sustainable businesses. A seasoned entrepreneur, Mr. O'Donnell possesses a solid track record for starting and developing high value organizations. In previous endeavors, Mr. O'Donnell successfully built and managed Global Financial Services, Inc., a Financial and Professional Services firms that was subsequently acquired by iGate Corporation (NASDAQ: IGTE). He is also a as co-founder of Walnut Ventures, now an InterSearch portfolio company.



# Gary Bogatay

Chief Financial Officer

Mr. Bogatay is a Certified Public Accountant with more than 16 years of experience in senior financial management roles. He began his career at Deloitte & Touche, LLP, and has held senior financial positions at Guardian Protection Services, Career Education Corporation, as well as iGate Corporation, a publicly traded information technology and Internet consulting firm. At iGate, Mr. Bogatay served as Vice President of Finance for iGate's Financial Services subsidiary, Symphoni Interactive LLC.



# Steve Ernst

Executive Vice President of Enterprise Architecture

Mr. Ernst has over fourteen years of systems engineering/architecture and professional experience. Formerly of

**Kim

Execut
Servic

Ms. O'
in vari
healthc
Servic
a natio
recruit
profess
respon
Resou
Servic

InterSearch home | site map | about us | contact us

Copyright © 2004-2007 InterSearch Group, Inc. — All Rights Reserved.