# Exhibit B

# InterSearch Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us



## What Our Clients Say

"When we needed top talent for Corporate Actions, we knew that Intersearch Corporate Services could find the right people for the job." — JP Morgan Chase

InterSearch Corporate Services provides professional and technical solutions to the financial services industry. Focusing on operations efficiency and technology, we deliver strategic and tactical subject matter expertise to leading financial institutions. A key element to our success is our ability to identify specialized resources within narrow skill requirements. Our expertise cuts across business and technology. InterSearch Corporate Services is your Partner for Success.

Want to learn more? Contact Us

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

# InterSearch Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > Who We Are



- Contact Us

## Who We Are

InterSearch Corporate Services is a wholly owned subsidiary of InterSearch Group, Inc.

Having a well established network of securities industry professionals allows us to move quickly to deliver the best resources to our clients. Our expertise cuts across business and technology and we deliver a range of skills inclusive of: project managers, business analysts, QA testers, system conversion specialists and back office subject matter experts.

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

# Inter)Search Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > What We Do



- Our Approach
- Screening
- Types of Projects

# Our Approach

InterSearch Corporate Services takes the time to understand each client's unique approach in dealing with common industry challenges. We recognize the value in assessing a firm's culture, goals and objectives as part of an overall solution.

Our thorough screening process assures that you will receive the best resource to accomplish your goals.

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved



an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > What We Do > Screening



- Our Approach
- Screening
- Types of Projects

# Screening

Qualified candidates are hard to come by. Once you determine a potential candidate has the technical and professional skills you desire, you need to ascertain whether they are as good as they say they are. By utilizing InterSearch Corporate Services, you can be assured that the candidates sent to you have been put through a rigorous screening process. Candidates selected by InterSearch Corporate Services are of high caliber with stellar backgrounds and confirmed credentials.

## Mandatory Screening

- relevant project specific employment references (minimum of 3 recent)
- criminal background check - Federal, State and County
- education verification
- credit report
- social security verification
- driving record verification

## Upon Request

Case 1:07-cv-03545-DAB    Document 19-3    Filed 10/22/2007    Page 6 of 10

- drug testing
- professional license and credentials verification
- professional liability insurance verification
- sex offender registry - national/international

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

# InterSearch Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > What We Do > Types of Projects



- Our Approach
- Screening
- Types of Projects

# Types of Projects

## Professionals You Need...

- Project Managers
- Business Analysts
- System Selection — RFI/RFP Advisory
- Conversion and Merger Integration Specialists
- Workflow and Process Business Analysts
- QA/UAT Testing Analysts
- Corporate Actions/Reorg Specialists
- Clearance/Settlement Specialists
- Reconciliation Specialists

## For Your Projects

- System Selection
- System Implementation
- Conversion Planning
- Vendor Management
- Merger Integration Consulting

http://www.corp.intersearch.com/projects.html    10/22/2007

- Operations Solutions
- Technology Solutions
- Operation Efficiency Evaluation
- Training/Documentation
- Search Monetization

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved

# Inter)Search Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > Careers



## New Hire Resources

- New Hire Materials

Welcome

Welcome to our employment section. Here you can view our current job openings and apply for positions online. Or, if you prefer, you can simply submit your resume for general consideration.

Do you know somebody whom you feel would be interested in joining our team? Please refer him/her to us!

**Job Listings:**

You can view all open job positions or use the following search form to find jobs that suit your particular needs.

Keywords: [                    ]
Location: [(All) / US / US-Alaska / US-Arizona]
Category:

Case 1:07-cv-03545-DAB   Document 19-3   Filed 10/22/2007   Page 10 of 10

```
(All)
Financial Services - Front Office
Financial Services - Middle Office
Financial Services - Back Office
```

Find jobs within [5 ▼] miles of Zip Code [          ]

[Search]

**Returning Candidates:**

If you have previously registered with us and would like to edit your profile or view your submittal history, then please log in.

Login Name: [          ]

Password: [          ] [Login]

Forgot your login name or password? click here

Powered By
*iRecruiter*

Home | Site Map | Contact Us

Copyright © 2002-2006 InterSearch Corporate Services, Inc. — All Rights Reserved