# Exhibit C



# InterSearch Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > Contact Us

# Contact Us

## San Francisco Headquarters

222 Kearny Street, Suite 550
San Francisco, CA 94108 (map)

tel: 415.962.9795
fax: 415.869.9954

info: info@intersearch.com
training: training@intersearch.com

## New York Office

14 Wall Street, 20th Floor
New York, NY 10005 (map)

tel: 646.290.8389

Home | Site Map | Contact Us

Copyright © 2002-2007 InterSearch Corporate Services, Inc. — All Rights Reserved