# Exhibit D

Case 1:07-cv-03545-DAB Document 19-5 Filed 10/22/2007 Page 2 of 3

InterSearch Corporate Services, Inc.

an InterSearch Group Company

- Home
- Who We Are
- What We Do
- Careers
- Contact Us

Home > Careers



## New Hire Resources

- New Hire Materials

Job Listings

Here are our current job openings. Please view the details for more information, and apply from that page if you are interested.

**Page 1 of 1**

| Job Title | Location | Position Type | Posted Date |
|---|---|---|---|
| Accounting Clerk | US-NY-New York | Full Time | 06-21-07 |
| Brokerage Operations Support | US-NY-New York | Contract | 06-07-07 |
| Business Analyst | US-NY-New York | Full Time | 06-22-07 |
| Corporate Actions | US-NY-New York | Full Time | 06-14-07 |
| International Settlements Specialist | US-NY-New York | Full Time | 05-29-07 |
| Project Manager | US-NY-New York | Full Time | 07-03-07 |

**Job Search Agent Options:**

You can save these search settings as an agent, meaning an e-mail will be sent to you every time a new opening

matches your criteria. If you would like to create an agent, please fill out the form below and click the create button.

Name of Agent:

Create Agent | Manage My Agents

**Use this form to do another job search:**

Keywords:

Location:
(All)
US
US-Alaska
US-Arizona

Category:
(All)
Financial Services - Front Office
Financial Services - Middle Office
Financial Services - Back Office

Find jobs within 5 miles of Zip Code

Search

Go back to the welcome page

Powered By
iRecruiter

Home | Site Map | Contact Us

Copyright © 2002-2006 InterSearch Corporate Services, Inc. — All Rights Reserved