# Exhibit E

# REISS, EISENPRESS & EISENBERG
## ATTORNEYS AT LAW
### 425 MADISON AVENUE
### NEW YORK, NEW YORK 10017-1110
### TELEPHONE (212) 753-2424
### FAX (212) 753-3829
### mail@reisseisen.com

HOWARD R. REISS
SHERRI L. EISENPRESS
LLOYD M. EISENBERG

RUYA CARTON

MATTHEW SHEPPE
(of counsel)

AUDREY E. WEINBERGER
(not yet admitted)

LONG ISLAND OFFICE:
2631 MERRICK ROAD
SUITE 401
BELLMORE, NY 11710
(516) 221-3700

March 30, 2005

**BY OVERNIGHT DELIVERY**

Mr. Dan O'Donnell
President and Chief Executive Officer
Intersearch Group
250 Montgomery Street
Suite 1200
San Francisco, CA 94104

    re: <u>Trademark Infringement</u>

Dear Mr. O'Donnell:

    This firm represents Conex Incorporated ("Conex"), an organization of executive search and human resource consulting firms and the owner of the "INTERSEARCH" trademark (Registration No. 2,346,993). Your firm's ongoing use of the INTERSEARCH mark has caused and continues to cause Conex significant damage.

    As you are aware, my client has attempted to resolve the matter of Intersearch Group's infringement of Conex's mark without resort to legal action, apparently to no avail.

    Accordingly, I write to formally notify you that unless a satisfactory resolution of this matter is reached by April 6, 2005, Conex will be left no alternative other than the commencement of litigation for trademark infringement and the assertion of claims for damages, costs and attorneys fees.

I look forward to your prompt response.

                                      Very truly yours,

                                      Sherri L. Eisenpress

cc: Mr. Fred Siegel

SLE/aj

- 2 -