# Exhibit G

 United States Patent and Trademark Office

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help 

Assignments on the Web > Trademark Query

## Trademark Assignment Details

Reel/Frame: 3222/0696    Pages: 3
Received: 09/15/2005    Recorded: 09/12/2005
Conveyance: ASSIGNS THE ENTIRE INTEREST

**Total properties: 3**

1   Serial #: 73160959   Filing Dt: 03/06/1978   Reg #: 1125849   Reg. Dt: 10/09/1979
    Mark: INTERSEARCH

2   Serial #: 75679742   Filing Dt: 04/09/1999   Reg #: 2346993   Reg. Dt: 05/02/2000
    Mark: INTERSEARCH

3   Serial #: 76159800   Filing Dt: 11/06/2000   Reg #: 2531787   Reg. Dt: 01/22/2002
    Mark: INTERSEARCH

**Assignor**
1   CONEX INCORPORATED CORP.    Exec Dt: 08/23/2005
                                Entity Type: CORPORATION
                                Citizenship: NEW YORK

**Assignee**
1   INTERSEARCH GROUP, INC.    Entity Type: CORPORATION
    250 MONTGOMERY STREET       Citizenship: FLORIDA
    SAN FRANCISCO, CALIFORNIA 94104

**Correspondence name and address**
    OSTROLENK, FABER ET AL.
    1180 AVENUE OF THE AMERICAS
    NEW YORK, NEW YORK 10036-8403

Search Results as of: 10/22/2007 03:13 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT