# Exhibit B

# Seed<sup>IP</sup>

June 26, 2007

Lorraine Linford
(206) 694-4826
LorraineL@SeedIP.com

<u>By Facsimile 212.382.0888</u>
<u>Confirmation By US Mail</u>

Mr. Peter S. Sloane                                               **Without Prejudice**
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036-8403

Re:    Intersearch Worldwide, Ltd. and Intersearch Group, Inc.
       Your Reference: 7/4700-39
       Seed IP Reference: 480243.801

Dear Mr. Sloane,

We are aware that Intersearch Group filed a Complaint against InterSearch Worldwide in the U.S. District Court for the Southern District of New York on May 3, 2007. Given that you have not served the complaint or made any mention of it in the several times we have talked since then, we trust that you have no immediate plans to pursue that course of action.

Enclosed is a copy of a Notice of Opposition that we filed with the Trademark Trial and Appeal Board on behalf of InterSearch Worldwide Ltd. We filed the Notice in order to protect our client's interests, as the rules of the Board do not allow any further extensions of time to oppose.

When last we spoke, you indicated that you would talk with your client regarding a possible counteroffer in response to our settlement proposal. We therefore look forward to hearing from you, and given that it has been over three weeks, we would appreciate receiving a substantive response by July 2, 2007.

Very truly yours,
Seed IP Law Group PLLC

Lorraine Linford

Enclosure:
    Notice of Opposition

978982_1.DOC

Seed Intellectual Property Law Group PLLC

address  701 Fifth Avenue
         Suite 5400
         Seattle, WA 98104
telephone 206.622.4900
facsimile 206.682.6031
website   SeedIP.com