# Exhibit D

# Seed<sup>IP</sup>

July 10, 2007

Lorraine Linford
(206) 694-4826
LorraineL@SeedIP.com

<u>By Facsimile 212.382.0888</u>
<u>Confirmation By US Mail</u>

Mr. Peter S. Sloane
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036-8403

<u>Without Prejudice</u>

Re: InterSearch Worldwide, Ltd. and Intersearch Group, Inc.
Your Reference: 7/4700-39
Seed IP Reference: 480243.801

Dear Mr. Sloane,

This will confirm our recent telephone conversations, in which you indicated that your client would like to proceed with service of the complaint filed against InterSearch Worldwide. As I indicated on the phone, my client is more interested in finding a business solution to the present situation, and does not feel that litigation is necessary. If your client feels the need to proceed with the lawsuit at this time, then that is certainly their choice; however, I am not authorized to accept service in that matter.

This will also confirm my client's proposal that the parties meet to discuss this matter, in an attempt to let the business people come to a resolution. While New York is not entirely "neutral" ground, our client would be willing to meet there, given that they will be flying from Europe. Given my client's schedule, the earliest we would be able to meet with you and your client is the middle of August. Therefore, please let us know if Intersearch Group is interested in meeting face to face with my client, in an attempt to let the business people reach a resolution.

Finally, with regard to the opposition, InterSearch Worldwide would be willing to extend your client's deadline to answer the opposition by thirty days, so that they would not be required to take any action in the opposition prior to meeting with my client.

We look for to hearing from you at your earliest convenience.

Very truly yours,
Seed IP Law Group PLLC

*Colleen Munth*

for: Lorraine Linford

Seed Intellectual Property Law Group PLLC

address 701 Fifth Avenue
Suite 5400
Seattle, WA 98104
telephone 206.622.4900
facsimile 206.682.6031
website SeedIP.com

986399_1.DOC