# Exhibit F

A worldwide organisation of executive search and human resource consulting firms
printable version



The Intersearch Network - your global/local partner for executive search.

# Our locations

## Argentina

**InterSearch Argentina S.A.**

Offices in: Buenos Aires, Cordoba, Rosario
Main contact: Mr Rodrigo F. DONOSO
Av. Callao 1121 10° D
C1023AAE Buenos Aires
ARGENTINA
Tel: 54 11 4813 2753
Fax: 54 11 4816 2111
Email: r.f.donoso@intersearch.org
web: www.ar.intersearch.org

## Australia

**Waite InterSearch**

Offices in: Melbourne, Sydney
Main contact: Mr Peter Waite
Level 11
459 Collins Street
Melbourne Victoria 3000
AUSTRALIA
Tel: 61 3 9621 2066
Fax: 61 3 9621 1757
Email: pw@waite.com.au
web: www.waite.com.au

## Austria

**Dr. Pendl & Dr. Piswanger GmbH**

Offices in: Vienna, Eisenstadt, Linz, Salzburg, Innsbruck, Graz, Klagenfurt, Bregenz, Götzis
Main contact: Mr Peter Pendl
Bartensteingasse 5
A-1010 Vienna
AUSTRIA

Tel: 43 1 402 76 08/17
Fax: 43 1 402 76 08/31
Email: p.pendl@pendlpiswanger.at
web: www.pendlpiswanger.at

# Belgium

**SCHELSTRAETE & DESMEDT Executive Search**

Offices in: Ghent, Brussels
Main contact: Mr Frank Schelstraete
Bagattenstraat 165
B-9000 Ghent
BELGIUM
Tel: 32 9 233 03 79
Fax: 32 9 233 03 18
Email: frank@s-d.be
web: www.s-d.be

# Brazil

**Mariaca | InterSearch**

Offices in: Sao Paulo, Rio de Janeiro
Main contact: Ms Patricia M. Epperlein
Rua Pequetita, 145-7o andar
04552-907 - Sao Paulo - SP
BRAZIL
Tel: 55 11 3844 6061
Fax: 55 11 3848 9510
Email: pepperlein@mariaca.com.br,
web: www.mariaca.com.br

# Bulgaria

**Dr. Pendl & Dr. Piswanger EOOD (P&P Group Member)**

Office in: Sofia
Main contact: Mrs Mirena Petrova
27 Vejen Str.
1421 Sofia
BULGARIA
Tel: 359 2 963 19 75
Fax: 359 2 963 19 56
Email: office@pendlpiswanger.com
web: www.pendlpiswanger.com

# Canada

**Staffing Strategists International - InterSearch Canada**

Offices in: Vancouver,Toronto, Montreal, Halifax
Main contact: Mr Jim Wilson
5945 Spring Garden Road
Halifax, Nova Scotia B3H 1Y4
CANADA
Tel: 1 902 423 1657
Fax: 1 902 423 0277
Email: jim.wilson@staffingstrategists.com
web: www.intersearch-canada.com

# Chile

**HK Human Capital**

Office in: Santiago
Main contact: Mr Christian Spröhnle
Avda Isidora Goyenechea 2934 Piso 12
Las Condes
Santiago
Chile
Tel: 56 2 3331701
Fax: 56 2 3331791
Email: christian.sprohnle@hkhumancapital.cl
web: www.hkhumancapital.cl

# China

**SprintPro-InterSearch Ltd / Intersearch China**

Offices in: Hong Kong, Guangzhou, Shanghai, Beijing
Main contact: Mr Johnny Ng, President
22/F, 3 Lockhart Road
Wanchai
HONG KONG
Tel: 852 6216 1333
Fax: 852 2317 1178
Email: johnny.ng@spchina.com,
johnnyng@intersearch.com.hk
web: www.intersearch.com.hk,
www.spchina.com

# Czech Republic

**Dr. Pendl & Dr. Piswanger Interselect s.r.o.**

Office in: Prague
Main contact: Mr Igor Svatos

Korunni 127
130 00 Prague 3
CZECH REPUBLIC
Tel: 420 272 742 703
Fax: 420 272 742 704
Email: i.svatos@pendlpiswanger.cz
web: www.pendlpiswanger.cz

# Denmark

**Hedegaard InterSearch A/S**

Office in: Copenhagen
Main contact: Mr Per Hedegaard
Hammerensgade 6
DK 1247 Copenhagen
DENMARK
Tel: 45 33 63 03 20
Fax: 45 33 63 03 21
Email: ph@intersearch.dk
web: www.intersearch.dk

# Finland

**InterSearch Oys**

Offices in: Helsinki, Turku,
Main contact: Mr Jouni Riekki, Mr Juhani Konu
Pohjoinen Makasiinikatu 6 A 3rd floor
FIN-00130 Helsinki
FINLAND
Tel: 358 207961730
Fax: 358 207961739
Email: jouni.riekki@intersearch.fi
web: www.intersearch.fi

# France

**InterSearch France**

Office in: Paris
Main contact: Mrs Anne Debieuvre
59, Boulevard Exelmans
75016 Paris
FRANCE
Tel: 33 (0)1 53 84 74 78
Fax: 33 (0)1 53 84 74 84
Email: a.debieuvre@intersearchfrance.com
web: www.intersearchfrance.com

# Germany

**InterSearch Deutschland GmbH**

Offices in: Bad Homburg, Berlin, Bremen, Hamburg, Düsseldorf, Münich
Main contact: Mr Heinz- Dieter Hestermann
Spitzenkiel 14/15
28195 Bremen
GERMANY
Tel: 49 421 162799
Fax: 49 421 1627988
Email: h.d.hestermann@mr-intersearch.de
web: www.mr-intersearch.de

# Greece

**Symvoli – InterSearch Greece**

Offices in: Athens
Main contact: Mr Harris Karaolides
54 Vas. Sophias Ave.
Athens 115 28
GREECE
Tel: 30 210 7294 720
Fax: 30 210 7294 725
Email: symvoli@otenet.gr,
info@symvoli-intersearch.gr
web: www.symvoli-intersearch.gr

# Hungary

**Dr Pendl & Dr Piswanger Int. Kft.**

Office in: Budapest
Main contact: Mr Andràs Lipcsei
Logodi utca 44
1012 Budapest
HUNGARY
Tel: 36 1 487 0241
Fax: 36 1 487 0248
Email: andras.lipcsei@pendlpiswanger.hu,
pandp@pendlpiswanger.hu
web: www.pendl.hu

# India

Contact person: Mr Peter Waite (InterSearch Australia)

# Ireland

**O' Malley & Associates / InterSearch Ltd.**

Offices in: Dublin, Cork, Athlone
Main contact: Mr Gerard O' Malley
OMI House
6, Orchard Business Centre
Orchard Avenue
City West Campus
Dublin 24
IRELAND
Tel: 353 1 466 3361
Fax: 353 1 466 3744
Mobile: 353 86 2544709
Email: gomalley@omalley-intersearch.com
web: www.omalley-intersearch.com

# Italy

**Euren InterSearch**

Offices in: Turin, Milan, Rome
Main contact: Mr Giuliano Viani, Ms Carla Calvo, Ms Elena Molinari, Ms Sandra Sgro, Mr Sebastiano Viani
Corso Marconi 13
10125 Torino
ITALY
Tel: 39 011 669 0143
Fax: 39 011 669 3104
Email: euren.intersearch@intersearch.it
web: www.intersearch.it

# Japan

**InterSearch Japan**

Office in: Tokyo
Main contact: Mr David A. Wouters
6-16-50 Roppongi
Minato-Ku
Tokyo 106
JAPAN
Tel: 81 33 423 7491
Fax: 81 33 423 7492
Email: d.wouters@intersearchjapan.com,
japan@intersearchjapan.com,
wouters@gol.com
web: www.intersearchjapan.com

# Korea

**InterSearch Korea**

Office in: Seoul
Main contact: Mr Steve Chough
4th Floor Jang Bldg.
61-6 Nohhyun-dong
Gangnam-gu, Seoul
KOREA 135-010
Tel: 82 2 517 7861
Fax: 82 2 517 7861
Email: inskorea@chollian.net
web: www.kr.intersearch.org

# Luxembourg

**SCHELSTRAETE & DESMEDT Executive Search**

Offices in: Ghent, Brussels
Main contact: Mr Frank Schelstraete
Bagattenstraat 165
B-9000 Ghent
BELGIUM
Tel: 32 9 233 03 79
Fax: 32 9 233 03 18
Email: frank@s-d.be
web: www.s-d.be

# Malaysia

**EML-BNB Executive Search**

Offices in: Petaling Jaya (Kuala Lumpur)
Main contact: Annie Fernandez
Unit 601B Level 6
Tower B Uptown 5, No 5 Jalan SS 21/39
Damansara Uptown
47400 Petaling Jaya
Selangor, MALAYSIA
Tel: 603 7725 8533
Fax: 603 7725 8646
Email: annie@emlbnb.com
web: www.emlbnb.com

# Mexico

Contact person: Ms Patricia M. Epperlein (Mariaca InterSearch Brazil)

# Netherlands

**InterSearch Netherlands**

Office in: Rotterdam
Main contact: Mr Thierry Huning Veringa
Cypresbaan 7
2908 LT Capelle a/d IJssel
Rotterdam
NETHERLANDS
Tel: 31 10 258 2636
Fax: 31 10 420 3007
Email: t.huning.veringa@intersearch.nl
web: www.intersearch.nl

# New Zealand

**Wheeler Campbell Consulting Limited**

Office in: Wellington, Auckland
Main contact: Mr Rob Borgers
PO Box 205
Wellington, NZ
Level 13, Sovereign Centre
117 Customhouse Quay
Wellington
NEW ZEALAND
Tel: 64 4 499-1500
Fax: 64 4 499-1600
Email: anna.jones@wheelercampbell.co.nz
web: www.intersearchnz.co.nz

# Norway

**InterSearch AS**

Office in: Oslo
Main contact: Mr Arve Winge
Professor Dahlsgt 26
0260 Oslo
NORWAY
Tel: 47 22 55 33 33
Fax: 47 22 55 33 36
Email: firmapost@intersearch.no
arve.winge@intersearch.no
web: www.intersearch.no

# Peru

Contact person: Ms Patricia M. Epperlein (Mariaca InterSearch Brazil)

# Poland

**Czarnocka-Tworzynska Executive Recruitment (CTER)**

Office in: Warsaw
Main contact: Mrs Joanna Czarnocka-Tworzynska
Nowy Swiat 30/5
00-373 Warsaw
POLAND
Tel: 48 22 828 3667
Fax: 48 22 828 3667
Email: joanna@cter.pl
web: www.cter.pl

# Portugal

**Konsac Group**

Office in: Lisbon
Main contact: Mr Rodrigo Pereira Coutinho
Campo Grande, 35, 6e A
1700-087 Lisboa
PORTUGAL
Tel: 351 217 937 117
Fax:
Email: rpcoutinho@konsac.pt
web: www.konsac.pt

# Qatar

**InterSearch Qatar**

Office in: Doha
Main contact: Joanne Thomas
Office 704
Qatar Financial Centre Tower
West Bay
Doha Qatar
Tel: 974 496 7294
Fax: 974 496 7290
Email: jt@intersearch.ae
web: www.intersearch.ae

# Romania

**Dr Pendl & Dr Piswanger Romania S.R.L (P&P Group member) S.R.L.**

Office in: Bucharest
Main contact: Mr Richard Shanks
Str. Aurel Vlaicu nr. 87 er.2
Ap3, sector 2
Bucuresti
ROMANIA
Tel: 40 21 212 0108
Fax: 40 21 610 7497
Email: richard@ppromania.ro
office@ppromania.ro
web: www.ppromania.ro

# Russia

**Kontakt Agency**

Office in: Moscow
Main contact: Ms Tatiana Ananyeva, Ms Olga Sabinina
13/36 Arbat st.
MOSCOW 119019
RUSSIA
Tel: 7 095 202 21 10
Fax: 7 095 203 23 63
Email: olga_sabinina@kontakt.ru
Email: olga_sabinina@kontakt.ru
web: www.kontakt.ru

# Saudi Arabia

**InterSearch Saudi Arabia**

Office in: Riyadh, Jeddah, Dammam
Main contact: Mr Sultan Al Ammash
P.O. Box 93331
Riyadh 11687
KINGDOM OF SAUDI ARABIA
Tel: 00 966 1 2777100 / 1462
Fax: 00 966 1 2488797
Email: md@intersearch.com.sa
web: www.intersearch.com.sa

# Singapore

**JAF Consulting Pte Ltd**

Office in: Singapore
Main contact: Ms Amy Hoon

1 Goldhill Plaza
#03-35/37 Podium Block
Singapore 308899
SINGAPORE
Tel: 65 6511 6452
Fax: 65 6254 3128
Email: amyhoon@jafcpl.com
web: www.jafcpl.com

# Slovakia

**P & P Management Impulse, spol. s.r.o.**

Office in: Bratislava
Main contact: Dr Eva Streckova
Cukrova 14
813 39 Bratislava
SLOVAKIA
Tel: 421 2 59324488
Fax: 421 2 59324487
Email: streckova@papmi.sk
web: www.papmi.sk

# Slovenia

**Dr Pendl & Dr Piswanger D.O.O.**

Office in: Ljubljana
Main contact: Ms Romana Kovacs
Krziceva ulica 9
SI – 1000 Ljubljana
SLOVENIA
Tel: 386 59 083 300
Fax: 386 59 083 309
Email: romana.kovacs@pendlpiswanger.si
web: www.pendlpiswanger.si

# South Africa

**Renwick Talent**

Offices in: Sandton, Cape Town, Durban
Main contact: Ms Georgina Barrick
6 Protea Place, 1st Floor
Sandown, Sandton
Private Bag X888
Benmore 2010
REPUBLIC SOUTH AFRICA
Tel: 27 11 269 8899

Fax: 27 11 269 8803
Email: georgina.barrick@renwicktalent.co.za
web: www.renwicktalent.co.za

# Spain

**Konsac Group**

Offices in: Madrid, Barcelona
Main contact: Ms Lidia Minguella
c/Ferraz, 78 - 3
28008 MADRID
SPAIN
Tel: 34 91 559 89 00
Fax: 34 91 559 25 75
Email: lminguella@konsac.es
web: www.konsac.com

# Sweden

**InterSearch Sweden**

Office in: Stockholm, Gothenburg
Main contact: Mr Jan Johnsson, Mr Andrea Montanari
Grev Turegatan 27
S - 114 38 STOCKHOLM
SWEDEN
Tel: 46 8 654 74 00
Fax: 46 8 650 93 83
Email: jan@intersearch.se,
andrea.montanari@intersearch.se
web: www.intersearch.se

# Switzerland

Contact person: Mr Heinz- Dieter Hestermann (InterSearch Germany) or Mr Giuliano Viani (Euren InterSearch

# Thailand

**BNB Recruitment Company Ltd**

Office in: Bangkok
Main contact: Ms Jennifer Khoo
Room 1205, 12th Floor
140 One Pacific Place
Sukhumvit Road, Klongtoey
Bangkok 10110

THAILAND
Tel: 662 653 2512 - 5
Fax: 662 653 2518
Email: jennifer@emlbnb.com
web: www.emlbnb.com

# Turkey

**Poyraz Consulting Inc.**

Office in: Istanbul
Main contact: Mr. Ali Ihsan Poyraz, Ms Ceyda Dumlupinar
Poyracik Sok. No.7 Nisantasi
ISTANBUL 34365
TURKEY
Tel: 90 212 230 2295 / 231 5187
Fax: 90 212 247 1387
Email: ceyda@poyrazdanismanlik.com.tr,
aip@poyrazdanismanlik.com.tr
web: www.poyrazdanismanlik.com.tr

# Ukraine

**Personnel Executive**

Office in: Kiev
Main contact: Ms Elena Strelets
5 Spasskaya Street, office 4.18 (section 2, 6th floor)
Kiev
UKRAINE
Tel: + 38 044 230 97 86 / 87
Fax: + 38 044 230 97 86 / 87
Email: es@personnel.kiev.ua
web: www.personnel.com.ua

# United Arab Emirates

**InterSearch in the Gulf**

Offices in: Dubai, Abu Dhabi, Qatar, Bahrain and Oman
Main contact: Mr John Robinson
Cab/couries:
Office 148 + 133, Emirate Attrium Building
Sheik Zayed Road
Dubai
Mailing:
PO Box 58026
Dubai
UNITED ARAB EMIRATES

Tel: 971 4 343 9960  
Fax: 971 4 343 9030  
Email: jr@intersearch.ae  
web: www.intersearch.ae  

# United Kingdom

**Breckenridge InterSearch**

Offices in: Birmingham, London  
Main contact: Mr Paul Holmes  
InterSearch House  
5 George Road  
Edgbaston  
Birmingham B15 1NP  
UNITED KINGDOM  
Tel: 44 121 456 7640  
Fax: 44 870 42 99 843  
Email: info@intersearchuk.com  
web: www.intersearchuk.com  

# USA

**Cook Associates, Inc.**

Offices in: Chicago, New York, Philadelphia, Boston, Washington, Boulder (CO), Ashland (VA)  
Main contact: Mr John Kins, Ms Mary Kier  
212 W. Kinzie Street  
Chicago, IL 60610  
USA  
Tel: 1 312 755 5616 (Mr. Kins)  
Tel: 1 312 755 5614 (Ms. Kier)  
Fax: 1 312 329 1528  
Email: jkins@cookassociates.com  
mkier@cookassociates.com  
web: www.cookassociates.com  

webdesign: ManufakturaCopyright 2006, InterSearch Worldwide Limited. All rights reserved.