# Exhibit G



ABOUT US  PRACTICE AREAS  TEAM  NEWS & TRENDS
CONTACT US

**ABOUT US**
Overview
Process
Global Operations

# Executive Search: Global Operations

As the exclusive United States representative of InterSearch, a worldwide executive search consortium, we offer global search capabilities through proven and trusted partners.

InterSearch ranks as the 10th largest worldwide organization of executive search firms. From Argentina to the United States, via Australia and the United Kingdom, in 45 countries, we are able to span the globe to find executive talent for our clients.

For more information on InterSearch and to understand our process, please contact John Kins at 312.329.0900 or via email at jkins@cookassociates.com; and visit the organization's website at www.intersearch.org.

## Identity

InterSearch was established in 1989 as a worldwide incorporated organization of executive search and human resources consultancy firms. Managed by an international Board, InterSearch is represented in 45 countries on an exclusive basis.
**read more>>**

## Global News

**InterSearch Holds Global Conference [PDF]**

There is significant activity within the InterSearch network. Learn about cultural events in various locales around the world, and current information on InterSearch and its newest partners.
**read more>>**

© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search : About Us · Practice Areas · Team · News & Trends · Contact Us