# Exhibit H



ABOUT US    PRACTICE AREAS    TEAM    NEWS & TRENDS    CONTACT US

Back To Team

# Susan Denison
# New York



Media & Entertainment

Susan Denison is a Managing Director with the Executive Search division of Cook Associates, Inc. Before joining the firm, Susan was a founding partner of The Cheyenne Group, a global media and entertainment executive search firm. Previously, Susan was a partner at TASA Worldwide / Johnson, Smith and Knisely's global entertainment practice.

Susan has conducted searches for CEOs, COOs, and divisional and functional heads within broadcast, cable, direct broadcast satellite, new media, online / e-commerce and media technology companies. She has also worked extensively for both corporate and agency media clients on a broad range of senior recruitment needs including marketing, advertising, distribution and advertising sales, licensing / sponsorship and corporate communications.

Susan has more than twenty years of senior executive experience within media, entertainment and communications. She was Executive Vice President, Entertainment and Marketing for Madison Square Garden and Executive Vice President / General Manager for Showtime Networks' Direct-To-Home Divisions. Previously, Susan held marketing positions at Revlon, Clairol and Richardson-Vicks.

She also serves on the Board of Directors for Omnicom

## Testimonials

"Susan is a seasoned business executive. Her hands-on operating experience provides a value to my organization which transcends that of a typical executive recruiter."
– Mary Pat Ryan, former Executive Vice President, Subscriber Sales & Operations, SIRIUS
**SIRIUS [PDF]**

"All of Susan's searches have been fantastic. There hasn't been one that she didn't do her best at. In the end, she has proven her value at a strategic level, and we consider her an important consultant to our business." – Elizabeth Semple, Vice President, Global Human Resources, Eyeblaster
**Eyeblaster [PDF]**

"Over the years, I've come to fully trust Susan's guidance, in fact, my relationship with her extends beyond hiring people – she is a confidant and a trusted business advisor."
– Lance Podell, CEO, Seevast
**Seevast [PDF]**

"This was a crucial assignment for

Group, a publicly traded advertising conglomerate and Intercure, a privately held medical device company.

A native of Connecticut, Susan received her MBA from Harvard University, an MA in Psychology from the University of Rochester and her BA in Psychology from Connecticut College where she was a member of Phi Beta Kappa and graduated Cum Laude.

Email Susan

us; we couldn't afford to make a mistake. The candidates Susan presented were excellent; we could have hired any of them… I had other searches running concurrently and this one outshined all the others on every level. We had a great search and hired a great person." – Mark Josephson, President, Seevast **Pulse 360 [PDF]**

## Accomplishments

**Recent Assignments [PDF]**

© 2006 Cook Associates, Inc. · Home · M&A Advisory Services
Executive Search : About Us · Practice Areas · Team · News & Trends · Contact Us