# Exhibit I

# A worldwide organisation of executive search and human resource consulting firms
printable version

worldwide organisation - executive search worldwide

# About Intersearch

- identity
- strategy
- internal organisation

## Internal organisation



The Board of InterSearch at the Rockefeller Centre in New York: Heinz-Dieter Hestermann, Thierry Huning Veringa, Giuliano Viani, Chairman, Patricia Epperlein and Peter Waite.

The present Chairman, Giuliano Viani, is based in Italy together with the Operations and Communication Office For all enquires please contact: Ms Carla Calvo
e-mail: calvo.c@intersearch.it
tel. +39 0116690143

The other Board members are:

- Ms Patricia Epperlein, Brazil

- Mr Heinz Dieter Hestermann, Germany

- Mr Thierry Huning Veringa, Netherlands

- Mr Peter Waite, Australia


To enhance the success of InterSearch there is an independent Standards & Quality Committee (whose Chairma
Mr. Paul Holmes, based in UK) and an internal training Academy for consultants and researchers (managed by
David Wouters, based in Japan).

All the members, shareholders and associates, hold an annual worldwide conference and at least two meetings p
year in each region, to discuss business & economic developments, the latest global trends and methodology of
Executive Search.

---

webdesign: ManufakturaCopyright 2006, InterSearch Worldwide Limited. All rights reserved.