# Exhibit K

**Peter S. Sloane**

**From:** Peter S. Sloane
**Sent:** Wednesday, September 19, 2007 9:28 PM
**To:** 'Lorraine Linford'
**Cc:** Robert C. Faber; Cameron S. Reuber; Brenda Danek
**Subject:** Re: InterSearch Worldwide, Ltd. v. Intersearch Group, Inc. (OFGS Ref.: 7/4700-39; Your Ref.: 480254.801)

Lorraine:

I received your fax today in the above matter. The Knox case does not appear to be on point. The defendant there, among other things, had no presence in New York or any agent in New York. The same cannot be said for your client. If you disagree or would otherwise like to discuss, please let me know.

Regards,

Peter S. Sloane
Ostrolenk Faber Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York  10036
E-mail:  psloane@ostrolenk.com
Phone:  (212) 596-0561
Fax:     (212) 382-0888

10/22/2007