Brian McQuillen
Vanessa C. Hew
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendants
Intersearch Worldwide, Ltd. for limited purpose

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERSEARCH GROUP, INC.            :

                    Plaintiff,     :     Civil Action No. 07 Civ. 03545 (DAB)

      -against-           :

INTERSEARCH WORLDWIDE, LTD.        :     **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JURIS KINS**

                  Defendant.     :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Brian McQuillen on December 4, 2007, defendant Intersearch Worldwide, Ltd. will move this Court before the Honorable Deborah A. Batts, at the United States District Court, 500 Pearl Street, New York, New York 10007, for an order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of

                  Juris Kins
                  Davis McGrath LLC
                  125 South Wacker Drive, Suite 1700
                  Chicago, Illinois 60606-4478
                  TEL: 312-782-8477
                  FAX: 312-332-6376
                  jkins@davismcgrath.com

to practice before this Court in the above captioned action. Juris Kins is a member in good standing

2. I am a member in good standing of the bar of the State of New York and am admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this court.

3. Juris Kins is a member in good standing of the State Bar of Illinois. An original Certificate of Good Standing issued by the State Bar of Illinois within the last thirty days is annexed as Exhibit A.

4. I have found Juris Kins to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. I respectfully submit a proposed order granting the admission of Juris Kins *pro hac vice*, annexed as Exhibit B.

WHEREFORE, it is respectfully requested that this Court admit *pro hac vice* Juris Kins to practice before this Court in the above-captioned action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
December 4, 2007

_____
BRIAN MCQUILLEN

DM2\1254244.2

Brian McQuillen
Vanessa C. Hew
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Defendants
Intersearch Worldwide, Ltd. for limited purpose

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERSEARCH GROUP, INC.                   :

                   Plaintiff,     :   Civil Action No. 07 Civ. 03545 (DAB)

         -against-            :   **DECLARATION OF**
                                                  **BRIAN MCQUILLEN**
                                                  **IN SUPPORT OF MOTION**
INTERSEARCH WORLDWIDE, LTD.               :   **FOR ADMISSION *PRO HAC VICE***

                  Defendant.   :
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     :   ss.:
COUNTY OF NEW YORK   )

BRIAN MCQUILLEN, under penalty of perjury, hereby declares:

1.    I am a partner of the firm Duane Morris LLP, counsel for defendant Intersearch Worldwide Limited in the above-captioned action. I am fully familiar with the facts contained herein. I submit this motion, pursuant to Local Civil Rule 1.3(c), for an order admitting *pro hac vice* Juris Kins to practice before this Court in the above-captioned action.

of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Juris Kins in any State or Federal court.

Dated: New York, New York
   December 4, 2007

_____
BRIAN MCQUILLEN

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Juris Kins

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 17, 1969 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, November 28, 2007.

*Juleann Hornyak*
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERSEARCH GROUP, INC.                    :

                          Plaintiff,   :   Civil Action No. 07 Civ. 03545 (DAB)

       -against-                   :   **[PROPOSED] ORDER FOR
                                                    ADMISSION *PRO HAC VICE* OF**
INTERSEARCH WORLDWIDE, LTD.        :   **JURIS KINS**

                          Defendant.   :
------------------------------------------------------------X

Upon consideration of the motion of Brian McQuillen, attorney for defendant Intersearch Worldwide Limited, and said sponsor attorney's affidavit in support of;

IT IS HEREBY ORDERED that

        Juris Kins
        Davis McGrath LLC
        125 South Wacker Drive, Suite 1700
        Chicago, Illinois  60606-4478
        TEL: 312-782-8477
        FAX: 312-332-6376
        jkins@davismcgrath.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

                                          SO ORDERED:

                                          _____
                                          United States District Judge

Dated: _____

DM2\1254246.2

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Juris Kins, Declaration of Brian McQuillen in Support of Motion for Admission *Pro Hac Vice* of Juris Kins, and Proposed Order for Admission *Pro Hac Vice* of Juris Kins to be served on the following individuals by first class mail:

>Robert C. Faber
>Peter S. Sloane
>Ostrolenk, Faber, Gerb & Soffen, LLP
>1180 Avenue of the Americas
>New York, New York 10036-8403

This the 4th day of December, 2007.

*/s/ Vanessa C. Hew*
Vanessa C. Hew

DM2\1254234.2

3