IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

12/7/07

INTERSEARCH GROUP, INC.                :

                    Plaintiff,   :   Civil Action No. 07 Civ. 03545 (DAB)

     -against-                       :   **[PROPOSED] ORDER FOR**
                                                **ADMISSION *PRO HAC VICE* OF**
INTERSEARCH WORLDWIDE, LTD.     :   **JURIS KINS**

                    Defendant.   :
---------------------------------------------------------------X

Upon consideration of the motion of Brian McQuillen, attorney for defendant Intersearch Worldwide Limited, and said sponsor attorney's affidavit in support of;

IT IS HEREBY ORDERED that

        Juris Kins
        Davis McGrath LLC
        125 South Wacker Drive, Suite 1700
        Chicago, Illinois  60606-4478
        TEL: 312-782-8477
        FAX: 312-332-6376
        jkins@davismcgrath.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

                                    SO ORDERED:

                                      */s/ Deborah A. Batts*
                                      United States District Judge

Dated: *December 17, 2007*