IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

12/7/07

INTERSEARCH GROUP, INC.                         :

                Plaintiff,    :    Civil Action No. 07 Civ. 03545 (DAB)

   -against-                                   :    **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JURIS KINS**

INTERSEARCH WORLDWIDE, LTD.              :

                Defendant.    :
------------------------------------------------------------X

Upon consideration of the motion of Brian McQuillen, attorney for defendant Intersearch Worldwide Limited, and said sponsor attorney's affidavit in support of;

IT IS HEREBY ORDERED that

> Juris Kins
> Davis McGrath LLC
> 125 South Wacker Drive, Suite 1700
> Chicago, Illinois 60606-4478
> TEL: 312-782-8477
> FAX: 312-332-6376
> jkins@davismcgrath.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

*Deborah A. Batts*
United States District Judge

Dated: *December 17, 2007*

DM2\1254246.2