Robert C. Faber (RF 7020)
Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888
rfaber@ostrolenk.com
psloane@ostrolenk.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERSEARCH GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERSEARCH WORLDWIDE LIMITED and COOK ASSOCIATES, INC., <br><br> Defendants. | Civil Action No.: 07 CV 3545 <br> (DAB)(KNF) |

**PLAINTIFF'S MOTION ON CONSENT TO AMEND THE CAPTION
OF THIS PROCEEDING TO REFLECT THE NAME
CHANGE OF INTERSEARCH GROUP, INC. TO BANKS.COM, INC.**

Pursuant to Rules 7(b) and 10(a) of the Federal Rules of Civil Procedure, Plaintiff Intersearch Group, Inc. ("Intersearch" or "Plaintiff") respectfully moves this Court for an order revising the caption to this civil action to reflect Intersearch's name change to Banks.com, Inc. Intersearch changed its name to Banks.com, Inc. on or about November 27, 2007. Timothy Boller, counsel for Defendant Intersearch Worldwide Limited, and Juris Kins, counsel for Defendant Cook Associates, Inc., have authorized the undersigned to represent to the Court that Defendants have consented to this motion.

{00880412.1}

We hereby notify the Court that the corporate name of Intersearch Group, Inc. has been changed to Banks.com, Inc. Accordingly, we request that the Court revise the caption of the proceeding to reflect the name change.

WHEREFORE, Plaintiff respectfully requests that this Court grant its motion to revise the caption to this proceeding to reflect the name change of Intersearch Group, Inc. to Banks.com, Inc.

Respectfully submitted,

Dated: April 9, 2008
New York, New York

OSTROLENK, FABER, GERB & SOFFEN, LLP

Robert C. Faber (RF 7020)
Peter S. Sloane (PS 7204)

1180 Avenue of the America
New York, New York 10036
Telephone: (212) 382-0700
Facsimile: (212) 382-0888
rfaber@ostrolenk.com
psloane@ostrolenk.com

{00880412.1}

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing **PLAINTIFF'S MOTION ON CONSENT TO AMEND THE CAPTION OF THIS PROCEEDING TO REFLECT THE NAME CHANGE OF INTERSEARCH GROUP, INC. TO BANKS.COM, INC.** was served upon counsel for Defendants this 9th day of April, 2008, by First-Class Mail, postage prepaid, addressed as follows:

Timothy L. Boller, Esq.
Seed IP
701 Fifth Avenue
Suite 5400
Seattle, Washington  98104

Vanessa C. Hew, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, New York  10168

Juris Kins, Esq.
Davis, McGrath, L.L.C.
125 South Wacker Drive
Chicago, Illinois  60606

_____
Peter S. Sloane

{00916900.1}