Robert C. Faber (RF 7020)
Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile:  (212) 382-0888
rfaber@ostrolenk.com
psloane@ostrolenk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

INTERSEARCH GROUP, INC.,

        Plaintiff,

v.

INTERSEARCH WORLDWIDE LIMITED
and COOK ASSOCIATES, INC.,

        Defendants.

Civil Action No.: 07 CV 3545 (DAB) (KNF)

[PROPOSED] ORDER
DAB
4/10/08

---

The Court, having considered Plaintiff's Motion on Consent to Amend the Caption of this Proceeding to Reflect the Name Change of Intersearch Group, Inc. to Banks.com, Inc.

**ORDERS:**

Plaintiff's Motion is hereby GRANTED. The caption of this proceeding shall be revised to reflect the name change of Intersearch Group, Inc. to Banks.com, Inc.

IT IS SO ORDERED.

Dated: April 10, 2008

                                        _____
                                        Hon. Deborah A. Batts
                                        United States District Judge

{00916927.1}